UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>  Plaintiff,<br>v.<br><br>R2 CAPITAL GROUP LLC, RAST INVESTOR GROUP, LLC, MADIGAN ENTERPRISES, INC., BULLETPROOF VEST, INC., RYAN TOMAZIN, RYAN MADIGAN and RANDELL A. VEST,<br><br>  Defendants. | Civil Action No. 1:14-cv-02182-WYD |

PLAINTIFF COMMODITY FUTURES TRADING COMMISSION'S REQUEST FOR IMMEDIATE
<u>EX PPARTE HEARING ON MOTION FOR STATUTORY RESTRAINING ORDER</u>

Plaintiff U. S. Commodity Futures Trading Commission ("CFTC" or "Plaintiff") respectfully requests that the Court hold a hearing on CFTC's Motion for Statutory Restraining Order (D.E. 4-6) for today, August 7, 2014.

On August 6, 2014, the CFTC filed an Ex Parte Motion for Statutory Restraining Order (the ("Motion:"). The Motion requests a statutory restraining order freezing defendants' assets and preventing destruction of books and records pursuant to Section 6c of the Commodity Exchange Act, 7 U.S.C. § 13a-1(a).

Due to the emergency nature of this matter and the need to preserve customer assets subject to further fraud misappropriation by defendants, the CFTC respectfully requests a hearing for today, August 7, 2014.

Dated:  August 7, 2014

Respectfully submitted,

UNITED STATES COMMODITY
FUTURES TRADING COMMISSION

BY: _____/s Luke Marsh_____
LUKE B. MARSH, DC Bar No. 475635
Chief Trial Attorney
SOPHIA SIDDIQUI PA Bar No. 206754
Trial Attorney
Commodity Futures Trading Commission
Division of Enforcement
1155 21st Street, N.W.
Washington, D.C. 20581
Tel: (202) 418-5322 (Marsh)
Tel: (202) 418-6774 (Siddiqui)
Facsimile: (202) 418-5124
lmarsh@cftc.gov
ssiddiqui@cftc.gov
Counsel for Plaintiff
U.S. Commodity Futures Trading Commission

2