IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 14-CV-02182-MSK

UNITED STATES COMMODITY FUTURES TRADING COMMISSION,

        Plaintiff,

v.

R2 CAPITAL GROUP, LLC,
RAST INVESTOR GROUP, LLC,
MADIGAN ENTERPRISES, INC.,
BULLETPROOF VEST, INC.,
RYAN TOMAZIN,
RYAN MADIGAN, and
RANDELL A. VEST,

        Defendants.

## ORDER

Pursuant to the Parties' Stipulation and Motion at **(#18)**,

**IT IS ORDERED THAT:**

1.    The Statutory Restraining Order entered by the Court on August 7, 2014, in this action (the "SRO") shall continue in full force and effect against Defendants until further order of the Court, subject only to the following modifications:

        a.    The provisions of paragraph 5 of the SRO will apply to all defendants, such that **all defendants** are enjoined "from directly or indirectly transferring, selling, pledging, or otherwise alienating any tangible or intangible assets owned or controlled, directly or constructively, by those

        entities, or any such assets that shall come into these Defendants' possession."

b.    Notwithstanding the provisions of paragraph 1.a., above, Defendants RYAN TOMAZIN and RANDELL A. VEST shall each be permitted to open and maintain one new, personal checking account for the sole purpose of depositing and accessing funds received from income earned in the future from employment unrelated to the enjoined conduct described in this Order.  Defendants TOMAZIN and VEST shall identify the new accounts to the Commission immediately after opening the accounts and shall provide the Commission with all future account statements issued for each account within seven (7) days of the issuance of the account statement.

c.    Notwithstanding the provisions of paragraph 1.a., above, Defendant RYAN MADIGAN shall be permitted to continue to maintain the following two Wells Fargo personal checking accounts for the sole purpose of depositing and accessing funds received from income earned in the future from employment unrelated to the enjoined conduct described in this Order: Wells Fargo Checking account in the name of Ryan Madigan with last four digits of account number ending in 6952 and Wells Fargo Checking account in the name of Ryan and Dina Madigan with last four digits of account number ending in 7083.  Defendant MADIGAN shall provide the Commission with all future account statements issued for

      each account within seven (7) days of the issuance of the account statement for as long as Defendant MADIGAN's name is on such account.

2. Copies of this Order may be served by any means, including email and facsimile transmission, upon any financial institution or other entity or person that may have possession, custody, or control of any documents or assets of Defendants, or that may be subject to any provision of this Order.

DATED this 15th day of August, 2014.

            **BY THE COURT:**

            */s/ Marcia S. Krieger*

            Marcia S. Krieger
            Chief United States District Judge