**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger**

Civil Action No. 14-CV-02182-MSK

**UNITED STATES COMMODITY FUTURES TRADING COMMISSION,**

        **Plaintiff,**

v.

**R2 CAPITAL GROUP, LLC, RAST
INVESTOR GROUP, LLC,
MADIGAN ENTERPRISES, INC.,
BULLETPROOF VEST, INC.,
RYAN TOMAZIN,
RYAN MADIGAN, and
RANDELL A. VEST,**

        **Defendants.**

_____

**UNOPPOSED MOTION TO UNRESTRICT DOCUMENTS IN CASE FILE**
_____

        Plaintiff U.S. Commodity Futures Trading Commission (the "Commission") hereby files its Unopposed Motion to Unrestrict docket entries 4, 5, 6 and 12 in the above-captioned matter because these docket entries no longer need to be restricted since the defendants became aware of this lawsuit. Pursuant to District of Colorado Local Rule 7.1(c), this Motion is entitled as an unopposed motion because on August 18, 2014 defense counsel represented that defendants do not oppose this motion.

        On August 6, 2014, Plaintiff Commission filed the Complaint (DE #1) and Motion to Restrict and supporting Memorandum (DE #2, 3). The Motion to Restrict was based on the Commission's desire to preserve customer assets, and "ask[ed] only that the record remain sealed

for 72 hours, or until defendants receive notice of this action, whichever is earlier." (DE #3, p.3). Thereafter, Docket Entries 4, 5, 6 and 12 were filed under a level 2 restriction.

On August 8 and 9, 2014, Plaintiff Commission served all defendants with copies of the entire case file in this matter. (DE #14, 15, 16 and 17) As a result, the need to restrict access to the case file is no longer necessary because defendants are aware of this action and all filings in this case.

On August 18, 2014, Jeff Barclay, who is counsel for all defendants, informed the undersigned that defendants do not oppose this Motion to Unrestrict.

Therefore, Plaintiff Commission moves the Court for an Order unrestricting Docket Entries 4, 5, 6 and 12 in the above-captioned matter.

Respectfully submitted,

UNITED STATES COMMODITY
FUTURES TRADING COMMISSION

BY:     */s Luke Marsh*
LUKE B. MARSH, DC Bar No. 475635
Chief Trial Attorney
SOPHIA SIDDIQUI PA Bar No. 206754
Trial Attorney
Commodity Futures Trading Commission
Division of Enforcement
1155 21st Street, N.W.
Washington, D.C. 20581
Tel: (202) 418-5322 (Marsh)
Tel: (202) 418-6774 (Siddiqui)
Facsimile: (202) 418-5124
lmarsh@cftc.gov
ssiddiqui@cftc.gov
Counsel for Plaintiff
U.S. Commodity Futures Trading Commission

Date: August 18, 2014

## CERTIFICATE OF SERVICE

I do hereby certify that on this 18th day of August, 2014, I caused a true and correct copy of the attached document to be served by email upon the following:

Jeffrey D. Barclay, Esq.
Schuyler, Roche & Crisham, P.C.
Two Prudential Plaza, 180 North Stetson Avenue,
Suite 3700, Chicago, IL 60601
Telephone:  (312) 565-8425
Email: jbarclay@SRCattorneys.com
Counsel for defendants

                                 UNITED STATES COMMODITY
                                 FUTURES TRADING COMMISSION

                                 BY:  ____*/s Luke Marsh*_____
                                 LUKE B. MARSH, DC Bar No. 475635
                                 Chief Trial Attorney