# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-02182-MSK

**UNITED STATES COMMODITY FUTURES TRADING COMMISSION,**

      **Plaintiff,**

v.

**R2 CAPITAL GROUP, LLC; RAST INESTOR GROUP, LLC; MADIGAN ENTERPRISES, INC.; BULLETPROOF VEST, INC.; RYAN TOMAZIN; RYAN MADIGAN; and RANDELL A. VEST,**

      **Defendants.**

---

**DEFENDANTS MADIGAN ENTERPRISES, INC. AND RYAN MADIGAN'S UNNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO THE PLANITIFF'S COMPLAINT**

---

Defendant's Madigan Enterprises, Inc. and Ryan Madigan, by and through their undersigned counsel, move this court pursuant to Fed. R. Civ. P. Rule 6, and D.C.COLO.L.Civ.R. 6.1 and 7.1A, for an order granting them an extension of time in which to answer or otherwise respond to the Plaintiff's complaint, and as grounds therefore state and allege as follows:

### CERTIFICATION PURSUANT TO D.C.COLO.L.Civ.R. 7.1A

Undersigned counsel has conferred with Plaintiff's counsel, Luke B. Marsh and Sophia Siddiqui by telephone on August 27, 2014 about this motion. Plaintiff's counsel stated that they have **no** objection to the court granting this motion for extension of time to answer or otherwise respond to the complaint. Undersigned also conferred with counsel for the other Defendants,


Jeff Barclay, by telephone on August 27, 2014 about this motion. Mr. Barclay also has **no** objection to the court granting this motion for extension.

## GOOD CAUSE EXISTS FOR GRANTING THIS EXTENSION OF TIME

The Defendants Madigan Enterprises Inc. and Ryan Madigan (the "Madigan Defendants") were personally served with the Summons and Complaint on August 9, 2014. By rule their response to the Plaintiff's complaint is due on September 2, 2014. All of the other Defendants signed acceptance and waiver of service forms and by rule their responses to the complaint are due on October 7, 2014. All Defendants are similarly situated in this litigation and the Madigan Defendants request that for judicial efficiency and case handling reasons, that this court enter an order granting an extension of time for 35 days, thus allowing them to answer at the same time the remaining Defendants' answers are due on October 7, 2014. This will allow all Defendants the opportunity to respond simultaneously and uniformly.

No previous extension had been applied for or granted. This extension will not affect the case handling or timing of this case as it merely places all Defendants on the same time frame to answer or otherwise respond to the complaint on October 7, 2014. No party will be prejudiced by this extension of 35 days for the Madigan Defendants to answer or otherwise respond to the complaint. Plaintiff's counsel and the other Defendants counsel have no objection and are in agreement with the Court granting this motion for extension of time.

As this motion requests an extension of more than 21 days, it must be approved by the Court to be effective under D.C.COLO.L.Civ.R. 6.1.

WHEREFORE, The Madigan Defendants request that this Court enter an order granting their Motion for Extension of Time for 35 days in which to Answer or Otherwise Respond to the Plaintiff' Complaint and further grant them until October 7, 2014 to respond.

Respectfully submitted this 28th day of August, 2014.

**BKN MURRAY, LLP**

By: /s/ *Gregg E. Kay*
Gregg E. Kay, #11777
Stuart B. Borne, #23622
925 S. Niagara Street, Suite 500
Denver, Colorado 80224
Phone:  303-758-5100
Fax:  303-758-5055
Email: gkay@bknmurray.com.com
           sborne@bknmurray.com
ATTORNEYS FOR MADIGAN DEFENDANTS

## CERTIFICATE OF SERVICE

  I hereby certify that on this 28th day of August, 2014, a true and correct copy of the foregoing **MOTION FOR EXTENSION OF TIME** was served upon the following via the CM/ECF filing system:

LUKE B. MARSH
SOPHIA SIDDIQUI
Commodity Futures Trading Commission
Division of Enforcement
1155 21st Street N.W.
Washington, D.C. 20581
(202) 418-5322
lmarsh@cftc.gov
ssiddiqui@cftc.gov
ATTORNEYS FOR PLAINTIFF

JEFFREY BARCLAY
Schuyler, Roche & Crisham, P.C.
Two Prudential Plaza
180 North Stetson Avenue, Suite 3700
Chicago, Illinois 60601
(312) 565-2400
jbarclay@SRCattorneys.com
ATTORNEY FOR DEFENDANTS

Madigan Enterprises, Inc.
11 Settlers Green
Pittsford, New York  14534

Ryan Madigan
601 Marlowe Road
Raleigh, North Carolina 27609

            **BKN MURRAY, LLP**
            (*A true and correct copy of this document is on file at the law offices of BKN Murray, LLP.*)

            */s/Johnathon Riker*
            Johnathon Riker
            Paralegal for BKN Murray, LLP