**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.:  1:14-cv-02182-MSK-KLM

UNITED STATES COMMODITY FUTURES
TRADING COMMISSION,

    Plaintiff,

    *vs.*

R2 CAPITAL GROUP LLC, RAST
INVESTOR GROUP, LLC, MADIGAN
ENTERPRISES, INC, BULLETPROOF
VEST, INC., RYAN TOMAZIN, RYAN
MADIGAN and RANDELL A. VEST,

    Defendants.

**DEFENDANTS' MOTION TO DISMISS
PURSUANT TO FED. R. CIV. P. 12(b)(6) AND 9(b)**

Defendants R2 Capital Group LLC, Rast Investor Group, LLC, Madigan Enterprises, Inc., Bulletproof Vest, Inc., Ryan Tomazin, Ryan Madigan, and Randell A. Vest (collectively, "Defendants"), by and through their undersigned counsel, and pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, respectfully request that the Court dismiss the Complaint filed by Plaintiff United States Commodity Futures Trading Commission's ("CFTC") for failure to plead fraud with particularity.

2

Defendants incorporate by reference their Memorandum In Support filed contemporaneously herewith.

WHEREFORE, Defendants respectfully request that the Court dismiss the CFTC's Complaint, and that the Court award Defendants such other and further relief as the Court deems just and appropriate.

Dated: October 3, 2014.                     Respectfully submitted,

*s/Kevin D. Evans*
By:    _____
Kevin D. Evans
ARMSTRONG TEASDALE LLP
6400 S. Fiddlers Green Circle
Suite 1820
Denver, Colorado 80111
Telephone:   720.200.0676
Facsimile:   720.200.0679
Email: kdevans@armstrongteasdale.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October, 2014, I caused the foregoing **DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) AND 9(b)** to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following attorneys of record:

Luke B. Marsh
Chief Trial Attorney
Sophia Siddiqui
Trial Attorney
COMMODITY FUTURES TRADING COMMISSION
Division of Enforcement
1155 21st Street, N.W.
Washington, D.C. 20518
Tel: (202) 418-5322 (Marsh)
Tel: (202) 418-6774 (Siddiqui)
Facsimile: (202) 418-5124
lmarsh@cftc.gov
ssiddiqui@cftc.gov

*s/Leigha Wickham*

_____

Leigha Wickham