**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:14-cv-02182-MSK-KLM

UNITED STATES COMMODITY FUTURES
TRADING COMMISSION,

    Plaintiff,

    *vs.*

R2 CAPITAL GROUP LLC, RAST
INVESTOR GROUP, LLC, MADIGAN
ENTERPRISES, INC, BULLETPROOF
VEST, INC., RYAN TOMAZIN, RYAN
MADIGAN and RANDELL A. VEST,

    Defendants.

---

**UNOPPOSED MOTION FOR ENTRY OF NEW ORDER SETTING
SCHEDULING/PLANNING CONFERENCE**

---

Defendants, through their attorney Kevin D. Evans of ARMSTRONG TEASDALE LLP, and after consultation with and approval by Plaintiff's counsel, respectfully request that the Court enter a new Order Setting Scheduling/Planning Conference ("Order") with dates tied to any Amended Complaint to be filed by Plaintiff on or before November 15, 2014. In support of this Unopposed Motion, Defendants state as follows.

## D.C.COLO.LCIVR 7.1(a) CERTIFICATION

Kevin D. Evans, counsel for Defendants, represents that on Tuesday, October 28, 2014, he spoke by telephone with Plaintiff's counsel regarding the content of this Motion, and Plaintiff's counsel stated that they were in agreement with the entry of a new Order as requested herein. Mr. Evans also shared a draft of this Motion with Plaintiff's counsel before it was filed, and Plaintiff's counsel stated that they do not oppose this Motion.

## BASIS FOR MOTION

1. On August 6, 2014, Plaintiff filed its Complaint (Doc. No. 1) and its Motion For Statutory Restraining Order And For Order To Show Cause (Doc. No. 4).

2. The Court granted the Motion to Approve the parties' Stipulated Preliminary Injunction on August 14, 2014 (Doc. No. 19).

3. Following an extension of time to respond to the Complaint, Defendants filed a Motion To Dismiss on October 3, 2014 (Doc. No. 30).

4. On October 10, 2014, the Court granted Plaintiff's Unopposed Motion For Extension Of Time To File Amended Complaint Or Otherwise Respond To Defendants' Motion To Dismiss, granting Plaintiff an extension up to and including November 15, 2014 (Doc. No. 33).

5. According to the Order Setting Scheduling/Planning Conference entered on August 29, 2014 (Doc. No. 28), the parties are to hold their Rule 26(f)(1) conference by November 11, 2014. Defendants respectfully suggest that until November 15, 2014, they

will not know whether there will be an Amended Complaint on file in this case, and therefore any Rule 26(f)(1) conference would be premature and unproductive.

6.   Thus, Defendants respectfully request that a new Order be entered setting the Rule 26(f)(1) conference for a date in December 2014, and the dates for the submission of the Proposed Scheduling Order and the Scheduling/Planning Conference in January 2015.

Dated:  October 30, 2014.         Respectfully submitted,

*s/Kevin D. Evans*
By:   _____
Kevin D. Evans
ARMSTRONG TEASDALE LLP
6400 S. Fiddlers Green Circle
Suite 1820
Denver, Colorado 80111
Telephone:    720.200.0676
Facsimile:     720.200.0679
Email: kdevans@armstrongteasdale.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of October, 2014, I caused the foregoing **UNOPPOSED MOTION FOR ENTRY OF NEW ORDER SETTING SCHEDULING/PLANNING CONFERENCE** to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following attorneys of record:

Luke B. Marsh  
Chief Trial Attorney  
Sophia Siddiqui  
Trial Attorney  
COMMODITY FUTURES TRADING COMMISSION  
Division of Enforcement  
1155 21st Street, N.W.  
Washington, D.C. 20518  
Tel: (202) 418-5322 (Marsh)  
Tel: (202) 418-6774 (Siddiqui)  
Facsimile: (202) 418-5124  
lmarsh@cftc.gov  
ssiddiqui@cftc.gov  

                                          *s/Leigha Wickham*  
                                          _____  
                                          Leigha Wickham