**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.:  1:14-cv-02182-MSK-KLM

UNITED STATES COMMODITY FUTURES
TRADING COMMISSION,

    Plaintiff,

    *vs.*

R2 CAPITAL GROUP LLC, RAST
INVESTOR GROUP, LLC, MADIGAN
ENTERPRISES, INC, BULLETPROOF
VEST, INC., RYAN TOMAZIN, RYAN
MADIGAN and RANDELL A. VEST,

    Defendants.

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER AMENDED COMPLAINT [Doc. No. 38]**

Defendants, through their attorney Kevin D. Evans of ARMSTRONG TEASDALE LLP, and after consultation with Plaintiff's counsel, respectfully request that the Court grant their motion for an extension of time to December 31, 2014 to Answer Plaintiff's Amended Complaint.  In support of this Unopposed Motion, Defendants state as follows.

## D.C.COLO.LCIVR 7.1(a) CERTIFICATION

Kevin D. Evans, counsel for Defendants, represents that on Wednesday and Thursday, November 12 and 13, 2014, he spoke by telephone with Plaintiff's counsel regarding this Motion. Plaintiff's counsel stated that Plaintiff does not oppose Defendants' request for an extension to December 31, 2014 to Answer the Amended Complaint. Mr. Evans also shared a draft of this Motion with Plaintiff's counsel before it was filed.

## BASIS FOR MOTION

1. On August 6, 2014, Plaintiff filed its Complaint (Doc. No. 1) and its Motion For Statutory Restraining Order And For Order To Show Cause (Doc. No. 4).

2. The Court granted the Motion to Approve the parties' Stipulated Preliminary Injunction on August 14, 2014 (Doc. No. 19).

3. Following an extension of time to respond to the Complaint, Defendants filed a Motion To Dismiss on October 3, 2014 (Doc. No. 30).

4. On October 10, 2014, the Court granted Plaintiff's Unopposed Motion For Extension Of Time To File Amended Complaint Or Otherwise Respond To Defendants' Motion To Dismiss, granting Plaintiff an extension up to and including November 15, 2014 (Doc. No. 33).

5.     Plaintiff filed its Amended Complaint on November 4, 2014 (Doc. No. 38). Defendants' Answer to the Amended Complaint otherwise would be due on November 21, 2014.

6.     Given the schedule of Defendants' counsel, the upcoming holidays, and the detail added in the Amended Complaint, Defendants request this extension to Answer. In addition, it is Defendants' intention during this period to initiate discussions with Plaintiff in an effort to resolve this case.

7.     Defendants have not previously requested an extension of time to Answer the Amended Complaint. Defendants' counsel further represents that he has consulted with Defendants, and Defendants are in agreement with this requested extension.

8.     The requested extension will not impact or affect the present Scheduling/Planning Conference Order in this case.

WHEREFORE, Defendants respectfully request that they be given up to and including December 31, 2014 to Answer the Amended Complaint.

Dated: November 14, 2014.   Respectfully submitted,

By: *s/Kevin D. Evans*
_____
Kevin D. Evans
ARMSTRONG TEASDALE LLP
6400 S. Fiddlers Green Circle
Suite 1820
Denver, Colorado 80111
Telephone: 720.200.0676
Facsimile: 720.200.0679
Email: kdevans@armstrongteasdale.com

Attorneys for Defendants

5

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2014, I caused the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER AMENDED COMPLAINT** to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following attorneys of record:

Luke B. Marsh
Chief Trial Attorney
Sophia Siddiqui
Trial Attorney
COMMODITY FUTURES TRADING COMMISSION
Division of Enforcement
1155 21st Street, N.W.
Washington, D.C. 20518
Tel: (202) 418-5322 (Marsh)
Tel: (202) 418-6774 (Siddiqui)
Facsimile: (202) 418-5124
lmarsh@cftc.gov
ssiddiqui@cftc.gov

*s/Leigha Wickham*
_____
Leigha Wickham

I hereby certify that on this 14th day of November, 2014, I served a copy of this Unopposed Motion by email on each of Defendants.

*s/Kevin D. Evans*
_____
Kevin D. Evans