## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-02182-MSK-KLM

UNITED STATES COMMODITY FUTURES
TRADING COMMISSION,

    Plaintiff,

    *vs.*

R2 CAPITAL GROUP LLC, RAST
INVESTOR GROUP, LLC, MADIGAN
ENTERPRISES, INC, BULLETPROOF
VEST, INC., RYAN TOMAZIN, RYAN
MADIGAN and RANDELL A. VEST,

    Defendants.

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER AMENDED COMPLAINT

This matter comes before the Court on Defendants' Unopposed Motion For Extension Of Time To Answer Amended Complaint, the Court hereby orders that Defendants' Unopposed Motion is granted and Defendants shall have to and including December 31, 2014 to Answer the Amended Complaint.

Dated: _____, 2014    ENTERED: _____