IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 14-CV-02182-MSK-KLM

UNITED STATES COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

R2 CAPITAL GROUP, LLC,
RAST INVESTOR GROUP, LLC,
MADIGAN ENTERPRISES, INC.,
BULLETPROOF VEST, INC.,
RYAN TOMAZIN,
RYAN MADIGAN, and
RANDELL A. VEST,

    Defendants.

---

## AMENDED PROPOSED ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY THIS CASE IN LIGHT OF RELATED INDICTMENT AND PARALLEL CRIMINAL PROCEEDINGS

---

This cause coming to be heard on Defendants' Unopposed Motion To Stay This Case In Light Of Related Indictment And Parallel Criminal Proceedings, Request For Forthwith Hearing, And D.C.COLOLCivR 7.1A Certification, and the Court being fully advised;

IT IS HEREBY ORDERED THAT all further proceedings in this case, including the filing and/or service of Defendants' Answer, initial disclosures, scheduling order, planning and scheduling conference, motions, briefs and discovery, are stayed until further order of this Court or until final judgment is entered in *United States v. Ryan Tomazin*, No. 14 Crim. 790 (S.D.N.Y. 2014). Defendants shall notify the Court and all counsel when final judgment is entered in *United*

*States v. Ryan Tomazin*, No. 14 Crim. 790 (S.D.N.Y. 2014).

E<small>NTERED</small>:     _____, 2014     _____
H<small>ONORABLE</small> M<small>ARCIA</small> S. K<small>RIEGER</small>
District Court Judge