IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 14-CV-02182-MSK-KLM

UNITED STATES COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

R2 CAPITAL GROUP, LLC,
RAST INVESTOR GROUP, LLC,
MADIGAN ENTERPRISES, INC.,
BULLETPROOF VEST, INC.,
RYAN TOMAZIN,
RYAN MADIGAN, and
RANDELL A. VEST,

    Defendants.

## FIRST STATUS REPORT OF RYAN TOMAZIN

Defendant Ryan Tomazin, by his attorneys and pursuant to the Court's January 6, 2015 Order (the "Order") [Doc. No. 50], hereby submits his first status report during the stay of this case.

In the Order, the Court granted Defendants' Unopposed Motion To Stay This Case In Light Of Related Indictment And Parallel Criminal Proceedings. The Court further ordered that Mr. Tomazin "shall file a Status Report with the Court every 60 days

until the underlying criminal case is resolved and then a report within 10 days of final resolution of the underlying criminal case."

Mr. Tomazin states that the Government is still producing discovery in his criminal case, that the Government and Mr. Tomazin's criminal counsel are set to meet on Wednesday, March 11, 2015 to discuss the case, and that a Court conference has been set in that case for Tuesday, March 31, 2015 to set either a trial or plea date.

Dated:  March 6, 2015.                          Respectfully submitted,

                                *s/Kevin D. Evans*
By:  _____
      Kevin D. Evans
      **A**RMSTRONG TEASDALE LLP
      6400 S. Fiddlers Green Circle
      Suite 1820
      Denver, Colorado 80111
      Telephone: 720.200.0676
      Facsimile: 720.200.0679
      Email:  kdevans@armstrongteasdale.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2015, I caused the foregoing **FIRST STATUS REPORT OF RYAN TOMAZIN** to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following attorneys of record:

LUKE B. MARSH
Chief Trial Attorney
SOPHIA SIDDIQUI
Trial Attorney
Commodity Futures Trading Commission
Division of Enforcement
1155 21st Street, N.W.
Washington, D.C. 20581
202.418.5322
lmarsh@cftc.gov
ssiddiqui@cftc.gov

*s/Kimberly A. Browning*
_____
Kimberly A. Browning