IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 14-CV-02182-MSK-KLM

UNITED STATES COMMODITY FUTURES TRADING COMMISSION,

   Plaintiff,

v.

R2 CAPITAL GROUP, LLC,
RAST INVESTOR GROUP, LLC,
MADIGAN ENTERPRISES, INC.,
BULLETPROOF VEST, INC.,
RYAN TOMAZIN,
RYAN MADIGAN, and
RANDELL A. VEST,

   Defendants.

_____

## UNOPPOSED MOTION TO WITHDRAW FROM CONTINUED REPRESENTATION OF RYAN TOMAZIN

_____

Kevin D. Evans of ARMSTRONG TEASDALE LLP hereby moves to withdraw from continued representation of Defendant Ryan Tomazin in this case.  In support hereof, Mr. Evans states as follows:

1.     Up to now, Mr. Evans has been representing all Defendants in this case pursuant to a multiple representation engagement letter.

2.      Given developments in Mr. Tomazin's criminal case pending in the United States District Court for the Southern District of New York, a potential conflict of interest has developed regarding Mr. Evans' continued representation of all Defendants.

3.      Mr. Tomazin and the other Defendants are in agreement with Mr. Evans' withdrawal from continued representation of Mr. Tomazin.

4.      Plaintiff does not oppose this Motion.

WHEREFORE, Kevin D. Evans respectfully requests that the Court enter an order granting Mr. Evans' withdrawal from continued representation of Defendant Ryan Tomazin in this case.

Dated:  May 4, 2015.                              Respectfully submitted,

                                                  *s/Kevin D. Evans*
                                          By:  _____
                                                  Kevin D. Evans
                                                  ARMSTRONG TEASDALE LLP
                                                  6400 S. Fiddlers Green Circle
                                                  Suite 1820
                                                  Denver, Colorado 80111
                                                  Telephone: 720.200.0676
                                                  Facsimile: 720.200.0679
                                                  Email:  kdevans@armstrongteasdale.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May, 2015, I caused the foregoing **UNOPPOSED MOTION TO WITHDRAW FROM CONTINUED REPRESENTATION OF RYAN TOMAZIN** to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following attorneys of record:

LUKE B. MARSH
Chief Trial Attorney
SOPHIA SIDDIQUI
Trial Attorney
Commodity Futures Trading Commission
Division of Enforcement
1155 21st Street, N.W.
Washington, D.C. 20581
202.418.5322
lmarsh@cftc.gov
ssiddiqui@cftc.gov

*s/Kimberly A. Browning*
_____
Kimberly A. Browning

Pursuant to D.C.COLO.LAttyR 5, the undersigned represents that he communicated with Defendant Ryan Tomazin regarding this Motion, that he served a copy of this Motion by email on Mr. Tomazin, and the Mr. Tomazin is in agreement with Mr. Evans' withdrawal from continued representation of him. Mr. Evans also apprised Mr. Tomazin that Mr. Tomazin is personally responsible for complying with all Court orders and time limitations established by applicable statutes and rules.

*s/Kevin D. Evans*
_____
Kevin D. Evans