IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02182-MSK-KLM

US COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

v.

R2 CAPITAL GROUP, LLC
RAST INVESTOR GROUP, LLC
MADIGAN ENTERPRISES, INC.
**RYAN TOMAZIN**,
RYAN MADIGAN, and
RANDALL A. VEST,

Defendants.

## FIFTH STATUS REPORT

Defendant Ryan Tomazin, by and through counsel and pursuant to the Court's January 6, 2015 Order [Doc. No. 50], hereby submits his fifth status report during the stay of this case.

The Court granted Mr. Tomazin a stay in this matter pending resolution of a criminal case in the United States District Court for the Southern District of New York [Doc. No. 50].

Mr. Tomazin was sentenced on October 13, 2015, to the Bureau of Prisons for six months with an additional six months home detention while on supervised release. He was allowed to remain on bond with a surrender date of January 4, 2015. The facility has not yet been designated.

Respectfully submitted,

s/ Forrest W. Lewis
*Forrest W. Lewis*
FORREST W. LEWIS, P.C.
1019 8th Street, Suite 310
P.O. Box 677
Golden, Colorado 80402
Telephone: (303) 279-3333
Facsimile: (303) 278-7691
E-mail: flewispc@aol.com
**Attorney for Defendant Ryan Tomazin**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **FIFTH STATUS REPORT** was electronically filed with the Clerk of the Court using the CM/ECF system on this 9th day of November, 2015, which will send notification of such filing to the following e-mail addresses:

Luke B. Marsh, Esq.
Sophia Siddiqui, Esq.
Commodity Future Trading Commission
Enforcement Division
lmarsh@cftc.gov
ssiddiqui@cftc.gov


Kevin D. Evans, Esq.
Armstrong Teasdale, LLP
kdevans@armstrongteasdale.com


s/Polly Ashley
*Polly Ashley*