IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  14-cv-02182-MSK-KLM

US COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

v.

R2 CAPITAL GROUP, LLC
RAST INVESTOR GROUP, LLC
MADIGAN ENTERPRISES, INC.
**RYAN TOMAZIN**,
RYAN MADIGAN, and
RANDALL A. VEST,

Defendants.

---

**ANSWER OF DEFENDANT RYAN TOMAZIN TO PLAINTIFF'S
FIRST AMENDED COMPLAINT**

---

Defendant Ryan Tomazin, by through counsel, submits the following Answer to

Plaintiff's Amended Complaint.

1.      Mr. Tomazin denies the allegations in Paragraphs 1 through 10 of the

Amended Complaint.

2.      Mr. Tomazin admits the allegations in Paragraphs 11, 12, 13, 14, and 15.

3.      Mr. Tomazin is without knowledge sufficient to determine the accuracy of

the allegations in Paragraphs 16, 17, 18 and 19, and therefore denies them.

4.      Mr. Tomazin admits the allegations in Paragraphs 20, 21, 22, 23, and 24.

5.      Mr. Tomazin denies all other allegations in the Amended Complaint.

6.      Mr. Tomazin denies all allegations in the Amended Complaint not

specifically admitted herein.

7.     Mr. Tomazin states affirmatively that he has pled guilty to federal criminal offenses in Case No. 14CR790 in the United States District Court for the Southern District of New York.  The factual basis for those pleas is related to some of the allegations in this case.  Mr. Tomazin is not seeking to deny facts he has admitted in a related case.  He incorporates those admissions by reference.  The allegations in this case are broader.  Counsel for Mr. Tomazin in this case was not counsel in the criminal case and has only recently entered his appearance (November 9, 2015) in this matter. After further review, Mr. Tomazin may seek leave to amend this Answer, making further admissions and affirmative statements consistent with his pleas in the criminal case.

Respectfully submitted,

s/Forrest W. Lewis
**Forrest W. Lewis**
FORREST W. LEWIS, P.C.
1019 8th Street, Suite 310
P.O. Box 677
Golden, Colorado  80402
Telephone:  (303) 279-3333
Facsimile:   (303) 278-7691
E-mail:  flewispc@aol.com
**Attorney for Defendant Ryan Tomazin**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **ANSWER OF DEFENDANT RYAN TOMAZIN TO PLAINTIFF'S FIRST AMENDED COMPLAINT** was electronically filed with the Clerk of the Court using the CM/ECF system on this 24th day of November, 2015, which will send notification of such filing to the following e-mail addresses:

Luke B. Marsh, Esq.
Sophia Siddiqui, Esq.
Commodity Future Trading Commission
Enforcement Division
lmarsh@cftc.gov
ssiddiqui@cftc.gov

Kevin D. Evans, Esq.
Armstrong Teasdale, LLP
kdevans@armstrongteasdale.com

s/Polly Ashley
**Polly Ashley**