IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 14-CV-02182-MSK-KLM

UNITED STATES COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

R2 CAPITAL GROUP, LLC,
RAST INVESTOR GROUP, LLC,
MADIGAN ENTERPRISES, INC.,
BULLETPROOF VEST, INC.,
RYAN TOMAZIN,
RYAN MADIGAN, and
RANDELL A. VEST,

    Defendants.

## ENTRY OF APPEARANCE FOR DEFENDANT R2 CAPITAL GROUP

**COMES NOW**, Michael J. Davis of BKN Murray LLP and enters his appearance on behalf of the Defendant in the above entitled matter and requests all documents and discovery be noticed to him at the address below.

Respectfully submitted this 25th day of November, 2015.

                                          By: */s/ Michael J. Davis*
                                          Michael J. Davis  #44287
                                          BKN Murray, LLP
                                          6795 E. Tennesse Ave, St. 330
                                          Denver, Colorado 80224
                                          Phone: (303) 758-5100
                                          Fax: (303) 758-5055
                                          Email: mdavis@bknmurray.com

CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of November, 2015, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following attorneys of record:

UNITED STATES COMMODITY  
FUTURES TRADING COMMISSION  
LUKE B. MARSH  
Chief Trial Attorney  
SOPHIA SIDDIQUI  
Trial Attorney  
Commodity Futures Trading Commission  
Division of Enforcement  
1155 21st Street, N.W.  
Washington, D.C. 20581

Forrest W. Lewis  
FORREST W. LEWIS, P.C.  
1019 8th Street, Suite 310  
P.O. Box 677  
Golden, Colorado 80402

Kevin D. Evans  
ARMSTRONG TEASDALE LLP  
4643 S. Ulster St., Suite 800  
Denver, CO 80237  
Telephone: 720.200.0676  
Facsimile: 720.200.0679  
Email: kdevans@armstrongteasdale.com

                                            s/ *Ilene Dell'Acqua*  
                                            BKN Murray LLP  
                                            6795 E. Tennessee Avenue  
                                            Suite 330  
                                            Denver, CO 80224  
                                            303-758-5100  
                                            Fax 303-758-5055  
                                            idellacqua@bknmurray.com