IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 14-CV-02182-MSK-KLM

UNITED STATES COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

R2 CAPITAL GROUP, LLC,
RAST INVESTOR GROUP, LLC,
MADIGAN ENTERPRISES, INC.,
BULLETPROOF VEST, INC.,
RYAN TOMAZIN,
RYAN MADIGAN, and
RANDELL A. VEST,

    Defendants.

_____

**DEFENDANT R2 CAPITAL GROUP, LLC'S MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant R2 Capital Group, Inc. ("R2 Capital"), by and through its undersigned counsel and pursuant to FED. R. CIV. P. RULE 6 and D.C.COLO.L.CIV.R. 7.1A, respectfully requests that the Court enter an order granting it an extension of time, up to and including, December 15, 2015, in which to answer or otherwise respond to Plaintiff's Amended Complaint.

**CERTIFICATION PURSUANT TO D.C. COLO. L. Civ.R. 7.1A**

Undersigned counsel was unable to confer with Plaintiff's counsel or Mr. Evans regarding this Motion due to the holiday and the urgency of this matter. An email was sent to all attorneys. Forrest Lewis, counsel for Defendant Ryan Tomazin, stated via email that he has no objection to this Motion.

## BASIS FOR MOTION

1. On January 6, 2015, the Court entered a stay in this matter pending resolution of Mr. Tomazin's criminal proceedings. ( ECF No. 50).

2. On November 16, 2015, the Court lifted the stay, stating Defendants are to file an Answer or other response to the Amended Complaint no later than November 24, 2015. (ECF No. 64).

3. Attorneys for R2 Capital were contacted and retained yesterday, November 24, 2015, regarding the urgency of this matter and were unable to file this Motion before today. Attorneys for R2 Capital are aware that other Defendants and Plaintiff are in discussions about possible resolution of this case.

4. Defendant R2 Capital therefore requests an extension of time, up to and including, December 15, 2015, in which to file Answer to the Amended Complaint.

WHEREFORE, Defendant R2 Capital Group LLC respectfully requests that the Court grant it an extension of time up to and including December 15, 2015, in which to file its Answer to Plaintiff's Amended Complaint.

Respectfully submitted this 25th day of November, 2015.

By: */s/ Michael J. Davis*
Michael J. Davis  #44287
BKN Murray, LLP
6795 E. Tennesse Ave, St. 330
Denver, Colorado 80224
Phone: (303) 758-5100
Fax: (303) 758-5055
Email: mdavis@bknmurray.com

CERTIFICATE OF SERVICE

      I hereby certify that on this 25th day of November, 2015, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following attorneys of record:

UNITED STATES COMMODITY  
FUTURES TRADING COMMISSION  
LUKE B. MARSH  
Chief Trial Attorney  
SOPHIA SIDDIQUI  
Trial Attorney  
Commodity Futures Trading Commission  
Division of Enforcement  
1155 21st Street, N.W.  
Washington, D.C. 20581  

Forrest W. Lewis  
FORREST W. LEWIS, P.C.  
1019 8th Street, Suite 310  
P.O. Box 677  
Golden, Colorado 80402  

Kevin D. Evans  
ARMSTRONG TEASDALE LLP  
4643 S. Ulster St., Suite 800  
Denver, CO 80237  
Telephone: 720.200.0676  
Facsimile: 720.200.0679  
Email: kdevans@armstrongteasdale.com  

                                              /s/  *Ilene Dell'Acqua*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 14-CV-02182-MSK-KLM

UNITED STATES COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

R2 CAPITAL GROUP, LLC,
RAST INVESTOR GROUP, LLC,
MADIGAN ENTERPRISES, INC.,
BULLETPROOF VEST, INC.,
RYAN TOMAZIN,
RYAN MADIGAN, and
RANDELL A. VEST,

    Defendants.

---

**PROPOSED ORDER GRANTING DEFENDANT R2 CAPITAL GROUP, LLC'S MOTION FOR EXTENSION OF TIME IN WHICH TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

---

This cause coming to be heard on Defendant R2 Capital Group LLC's Motion for Extension of Time in Which to Answer or Otherwise Response to Plaintiff's Amended Complaint, and the Court being fully advised;

IT IS HEREBY ORDERED THAT Defendant R2 Capital Group LLC's response to Plaintiff's Amended Complaint is due December 15, 2015.

ENTERED: _____, 2015      _____
                                                      HONORABLE MARCIA S. KRIEGER
                                                      District Court Judge