IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02182-MSK-KLM

US COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

v.

R2 CAPITAL GROUP, LLC
**RAST INVESTOR GROUP, LLC**
MADIGAN ENTERPRISES, INC.
RYAN TOMAZIN,
RYAN MADIGAN, and
RANDALL A. VEST,

Defendants.

**ANSWER OF DEFENDANT RAST INVESTOR GROUP, LLC, TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant RAST Investor Group, LLC ("RAST"), by through counsel, submits the following Answer to Plaintiff's Amended Complaint.

1. RAST denies the allegations in Paragraphs 1 through 10 of the Amended Complaint.

2. RAST admits the allegations in Paragraphs 11, 12, 13, 14, and 15.

3. RAST is without knowledge sufficient to determine the accuracy of the allegations in Paragraphs 16, 17, 18 and 19, and therefore denies them.

4. RAST admits the allegations in Paragraphs 20, 21, 22, 23, and 24.

5. RAST denies all other allegations in the Amended Complaint including Paragraphs 25-77 inclusively.

6.	RAST denies all allegations in the Amended Complaint not specifically admitted herein.

7.	RAST states affirmatively that Mr. Tomazin has pled guilty to federal criminal offenses in Case No. 14CR790 in the United States District Court for the Southern District of New York.  The factual basis for those pleas is related to some of the allegations in this case.  RAST is not seeking to deny facts Mr. Tomazin has admitted in a related case.  He incorporates those admissions by reference.  The allegations in this case are broader.  Counsel for RAST in this case was not counsel in the criminal case and has only recently entered his appearance (November 9, 2015) in this matter for Mr. Tomazin.  After further review, RAST may seek leave to amend this Answer, making further admissions and affirmative statements consistent with Mr. Tomazin's pleas in the criminal case.

Respectfully submitted,

s/Forrest W. Lewis
**Forrest W. Lewis**
FORREST W. LEWIS, P.C.
1019 8th Street, Suite 310
P.O. Box 677
Golden, Colorado  80402
Telephone:  (303) 279-3333
Facsimile:   (303) 278-7691
E-mail:   flewispc@aol.com
**Attorney for Defendant RAST Investor Group, LLC**

## CERTIFICATE OF SERVICE

       I hereby certify that the foregoing **ANSWER OF DEFENDANT RAST INVESTOR GROUP, LLC, TO PLAINTIFF'S FIRST AMENDED COMPLAINT** was electronically filed with the Clerk of the Court using the CM/ECF system on this 30th day of November, 2015, which will send notification of such filing to the following e-mail addresses:

Luke B. Marsh, Esq.
Sophia Siddiqui, Esq.
Commodity Future Trading Commission
Enforcement Division
lmarsh@cftc.gov
ssiddiqui@cftc.gov

Kevin D. Evans, Esq.
Armstrong Teasdale, LLP
kdevans@armstrongteasdale.com

Michael J. Davis
BKN Murray, LLP
bdavis@bknmurray.com


                                              s/Polly Ashley
                                              *Polly Ashley*