IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02182-MSK-KLM

US COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

R2 CAPITAL GROUP LLC,
RAST INVESTOR GROUP, LLC,
MADIGAN ENTERPRISES, INC.,
BULLETPROOF VEST, INC.,
RYAN TOMAZIN,
RYAN MADIGAN, and
RANDALL A. VEST,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendants Madigan Enterprises, Inc., Ryan Madigan, Bulletproof Vest, Inc., and Randall Vest's **Unopposed Motion for Extension of Time in Which to Answer or Otherwise Respond to Plaintiff's Amended Complaint** [#66] and on Defendant R2 Capital Group, Inc.'s **Motion for Extension of Time in Which to Answer or Otherwise Respond to Plaintiff's Amended Complaint** [#68] (collectively, the "Motions").

    IT IS HEREBY **ORDERED** that the Motions [#66, #68] are **GRANTED**. Defendants Madigan Enterprises, Inc., Ryan Madigan, Bulletproof Vest, Inc., Randall A. Vest, and R2 Capital Group, Inc. shall answer or otherwise respond to the Amended Complaint **on or December 15, 2015**.

    Dated:  December 1, 2015