IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 14-CV-02182-MSK-KLM

UNITED STATES COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

R2 CAPITAL GROUP, LLC,
RAST INVESTOR GROUP, LLC,
MADIGAN ENTERPRISES, INC.,
BULLETPROOF VEST, INC.,
RYAN TOMAZIN,
RYAN MADIGAN, and
RANDELL A. VEST,

    Defendants.

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that attorney Michael J. Davis and the Law Office of BKN Murray, LLP hereby enters his appearance as counsel for Defendants Madigan Enterprises, Inc., Ryan Madigan, Bulletproof Vest, Inc. and Randall Vest.  Please direct all future correspondence, notices and pleadings in this matter to Mr. Davis.

Attorney Kevin D. Evans and the Law Offices of Armstrong Teasdale LLP hereby withdraw from their representation of Defendants Madigan Enterprises, Inc., Ryan Madigan, Bulletproof Vest, Inc. and Randall Vest in this matter.

Dated:  December 14, 2015.	Respectfully submitted,

By: /s/  *Kevin D. Evans* _
    Kevin D. Evans
    ARMSTRONG TEASDALE LLP
    4643 S. Ulster St., Suite 800
    Denver, CO 80237
    Telephone: 720.200.0676
    Facsimile: 720.200.0679
    Email: kdevans@armstrongteasdale.com

By: */s/ Michael J. Davis*
    Michael J. Davis #44287
    BKN Murray, LLP
    6795 E. Tennesse Ave, St. 330
    Denver, Colorado 80224
    Phone: (303) 758-5100
    Fax: (303) 758-5055
    Email: mdavis@bknmurray.com

CERTIFICATE OF SERVICE

  I hereby certify that on this 14th day of December, 2015, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following attorneys of record:

UNITED STATES COMMODITY
FUTURES TRADING COMMISSION

LUKE B. MARSH
Chief Trial Attorney
SOPHIA SIDDIQUI
Trial Attorney
Commodity Futures Trading Commission
Division of Enforcement
1155 21st Street, N.W.
Washington, D.C. 20581

Forrest W. Lewis
FORREST W. LEWIS, P.C.
1019 8th Street, Suite 310
P.O. Box 677
Golden, Colorado 80402

            By: */s/ Michael J. Davis*
            Michael J. Davis #44287
            BKN Murray, LLP
            6795 E. Tennesse Ave, St. 330
            Denver, Colorado 80224
            Phone: (303) 758-5100
            Fax: (303) 758-5055
            Email: mdavis@bknmurray.com