IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 14-CV-02182-MSK-KLM

UNITED STATES COMMODITY FUTURES TRADING COMMISSION,

        Plaintiff,
v.

R2 CAPITAL GROUP, LLC,
RAST INVESTOR GROUP, LLC,
MADIGAN ENTERPRISES, INC.,
BULLETPROOF VEST, INC.,
RYAN TOMAZIN,
RYAN MADIGAN, and
RANDELL A. VEST,

        Defendants.

_____

## *UNOPPOSED* MOTION TO CONTINUE RULE 26 SCHEDULING CONFERENCE BY PLAINTIFF COMMODITY FUTURES TRADING COMMISSION

_____

Plaintiff Commodity Futures Trading Commission ("Commission" or "CFTC"), pursuant to FED. R. CIV. P. RULE 6 and D.C.COLO.L.CIV.R. 7.1A, respectfully requests that the Court enter an order continuing the currently scheduled January 13, 2016 scheduling conference to a time and date during the next available week on the Court's calendar for hearing such matters.

### CERTIFICATION PURSUANT TO D.C. COLO.L.Civ.R. 7.1A

Undersigned counsel has conferred with both Defense counsel, Forrest Lewis and Michael Davis, by telephone and email regarding this Motion; both Defense counsel confirmed that none of the Defendants object to this Motion.

### BASIS FOR MOTION

1.       On November 16, 2015, the Court entered an Order re-setting the initial Scheduling Conference to January 13, 2016, and that the parties submit the Proposed Scheduling Order no later than

January 6, 2016.  [#64]

2.	The undersigned counsel for Plaintiff Commission has a scheduling conflict on that date, in that prior to the re-setting of the Scheduling Conference, the undersigned had previously committed to teach a class at the Department of Justice National Advocacy Center in Columbia, South Carolina, during the entire week of January 11, 2016.

3.	This Motion only seeks the postponing of the January 13, 2016 Scheduling Conference to the first available later date on the Court's calendar, and will not affect the dates for any other pre-trial filings or responsibilities.

4.	On December 18, 2015 the parties held their Rule 26(f) conference and the parties anticipate the timely filing of their Proposed Scheduling Order on January 6, 2016.

5.	This is the first request for a continuance of the Scheduling Conference by any party in this case.

WHEREFORE, Moving Plaintiff respectfully requests that the Court continue the January 13, 2016 Scheduling Conference to sometime during the first available subsequent week on the Court's calendar.

Dated:  December 18, 2015

Respectfully submitted,

*/s/ Luke Marsh*_____
Luke B. Marsh, Esq.
Sophia Siddiqui, Esq.
Commodity Futures Trading Commission,
Division of Enforcement
1155 21st Street, N.W.
Washington, D.C. 20581
Tel: (202) 418-5322 (Marsh)
Tel: (202) 418-6774 (Siddiqui)
Facsimile: (202) 418-5124
lmarsh@cftc.gov
ssiddiqui@cftc.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2015, I caused the foregoing UNOPPOSED MOTION TO CONTINUE RULE 26 SCHEDULING CONFERENCE to be filed with the Clerk of the Court using the CM/ECG system, which will send notification of the filing to the following attorney of record:

Forrest W. Lewis
FORREST W. LEWIS, P.C.
1019 8th Street, Suite 310
P.O. Box 677
Golden, Colorado 80402
Telephone: (303) 279-3333
Facsimile: (303) 278-7691
Email: flewispc@aol.com


Michael J. Davis
BKN Murray
6795 E. Tennessee Ave., St. 330
Denver. Colo. 80224
Telephone: 720-361-6036
Email: mdavis@bknmurray.com


*s/ Luke Marsh*
Luke Marsh
U.S. Commodity Futures Trading Commission
Three Lafayette Center
1151 21st Street N.W.
Washington, DC 20581
Telephone: (202) 418-5322
lmarsh@cftc.gov