IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 14-CV-02182-MSK-KLM

UNITED STATES COMMODITY FUTURES TRADING COMMISSION,

              Plaintiff,

    v.

R2 CAPITAL GROUP, LLC,
RAST INVESTOR GROUP, LLC,
MADIGAN ENTERPRISES, INC.,
BULLETPROOF VEST, INC.,
RYAN TOMAZIN,
RYAN MADIGAN, and
RANDELL A. VEST,

              Defendants.

---

*UNOPPOSED*
MOTION BY PLAINTIFF FOR LEAVE TO APPEAR TELEPHONICALLY OR
ALTERNATIVELY TO CONTINUE RULE 26 SCHEDULING CONFERENCE

---

Plaintiff Commodity Futures Trading Commission ("Commission" or "CFTC"), pursuant to

D.C.COLO.L.CIV.R. 7.1A and Civ. Practice Standard 17.1(a)(4), respectfully requests the Court for leave to

appear telephonically at the currently scheduled January 26, 2016 scheduling conference.  Alternatively,

Plaintiff CFTC requests the Court to postpone the Scheduling Conference to a time and date during the

next available week on the Court's calendar for hearing such matters.

CERTIFICATION PURSUANT TO D.C. COLO.L.Civ.R. 7.1A

Undersigned counsel has conferred with both Defense counsel, Forrest Lewis and Michael Davis,

by email regarding this Motion; both Defense counsel confirmed that none of the Defendants object to

this Motion.

<u>BASIS FOR MOTION</u>

1.      On December 30, 2015, the Court entered an Order re-setting the Scheduling Conference to January 26, 2016, and that the parties submit the Proposed Scheduling Order no later than January 19, 2016.  [#80][1]

2.      The parties timely filed their Proposed Scheduling Order on January 19, 2016. [#81]

3.      This Motion is based on a severe storm expected to hit Washington, D.C, which will likely significantly impact counsel for Plaintiff CFTC's ability to travel to Denver for the Scheduling Conference.  Washington, D.C. is expecting a near record-setting blizzard this weekend, which will severely impact travel conditions throughout the mid-Atlantic for several days.  *See* Winter Storm Jonas to Become Dangerous East Coast Snowstorm; Blizzard Watch for D.C., Baltimore, NYC (Jan 21 2016 07:15 AM EST), http://www.weather.com/storms/winter/news/winter-storm-jonas-forecast-january-20 (last visited Jan. 21, 2016).

4.      Undersigned counsel for Plaintiff CFTC, who lives and works in Washington D.C., expects that the storm will severely impact travel, electricity, and other aspects of daily life for several days after the storm—thereby severely impacting undersigned counsel's ability to travel to Denver on Monday to appear in person at the Tuesday, January 26 Scheduling Conference.

5.      Accordingly, this Motion seeks leave to appear by telephone at the Scheduling Conference.  Alternatively, if the Court prefers counsel appear in person, this Motion seeks the postponing of the January 26, 2016 Scheduling Conference to the first available later date on the Court's calendar.

6.      The granting of this Motion, either by allowing Plaintiff's counsel leave to appear by phone or by postponing the conference, will not affect the dates for any other pre-trial filings or responsibilities.

---

[1] "[#80]" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).  *See* December 30, 2015 Minute Order [#80], n.1.  Plaintiff CFTC adopts this convention throughout this Motion.

7.       This is the first request to appear telephonically, and the second request for a continuance of the Scheduling Conference by any party in this case.

WHEREFORE, Moving Plaintiff respectfully requests that the Court grant leave for Plaintiff's counsel to appear by phone at the January 26, 2016 Scheduling Conference or, alternatively, continue the Scheduling Conference to sometime during the first available subsequent week on the Court's calendar.

Dated:  January 21, 2016

Respectfully submitted,

*/s/ Luke Marsh*
Luke B. Marsh, Esq.
Sophia Siddiqui, Esq.
Commodity Futures Trading Commission,
Division of Enforcement
1155 21st Street, N.W.
Washington, D.C. 20581
Tel: (202) 418-5322 (Marsh)
Tel: (202) 418-6774 (Siddiqui)
Facsimile: (202) 418-5124
lmarsh@cftc.gov
ssiddiqui@cftc.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 21, 2016, I caused the foregoing UNOPPOSED MOTION BY

PLAINTIFF FOR LEAVE TO APPEAR TELEPHONICALLY OR ALTERNATIVELY TO CONTINUE

RULE 26 SCHEDULING CONFERENCE to be filed with the Clerk of the Court using the CM/ECG

system, which will send notification of  the filing to the following attorney of record:

Forrest W. Lewis
FORREST W. LEWIS, P.C.
1019 8th Street, Suite 310
P.O. Box 677
Golden, Colorado 80402
Telephone:  (303) 279-3333
Facsimile:   (303) 278-7691
Email: flewispc@aol.com


Michael J. Davis
BKN Murray
6795 E. Tennessee Ave., St. 330
Denver. Colo. 80224
Telephone: 720-361-6036
Email: mdavis@bknmurray.com


<u>*s/ Luke Marsh*</u>
Luke Marsh
U.S. Commodity Futures Trading  Commission
Three Lafayette Center
1151 21st Street N.W.
Washington, DC 20581
Telephone: (202) 418-5322
lmarsh@cftc.gov