IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | FTR - Reporter Deck - Courtroom A-401 |
| Date: January 26, 2016 | Alfred A. Arraj United States Courthouse |

Civil Action No. 14-cv-02182–MSK-KLM

*Parties*:                                                                    *Counsel*:

US COMMODITY FUTURES TRADING                     Luke Marsh (by phone)
COMMISSION,                                                          Sophia Siddiqui (by phone)

     Plaintiff,

v.

R2 CAPITAL GROUP, LLC, ET AL.,                            Forrest Lewis
                                                                                Stuart Borne

     Defendants.

## COURTROOM MINUTES

**HEARING: RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:   10:03 a.m.**

Court calls case. Appearance of counsel.

**ORDERED:** A stipulated Rule 502(d) order is due **no later than February 9, 2016.**

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**

**For purposes of discovery, there are three groups: (1) Plaintiff; (2) Defendants Ryan Tomazin and RAST Investor Group, LLC; and (3) Defendants R2 Capital Group, LLC, Madigan Enterprises, Inc., Bulletproof Vest, Inc., Ryan Madigan and Randell A. Vest.**

Deadline for Joinder of Parties/Amendment of Pleadings: **March 4, 2016.**

Fact Discovery Cut-off: **January 6, 2017.**

Expert Discovery Cut-off: **March 3, 2017.**

Dispositive Motions Deadline: **April 7, 2017.**

Parties shall designate affirmative experts **on or before January 16, 2017.**

Parties shall designate rebuttal experts **on or February 17, 2017.**

Each group shall be limited to **one (1) retained** expert witness, plus rebuttal experts, absent further leave of court.

Each group shall be limited to **ten (10)** depositions, **twenty-five (25)** interrogatories, **twenty-five (25)** requests for production, and **twenty-five (25)** requests for admissions, absent further leave of Court with unlimited requests for admissibility and authenticity.

**Counsel shall call the Court by joint conference call for hearings regarding unresolved discovery disputes prior to filing any discovery motions.**

No **STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by Minute Order. The parties may request a status conference by contacting Chambers (303) 335-2770, preferably as a joint conference call, and request that one be set.

Counsel and the parties must notify chambers (303-335-2770) at least **3 business days in advance** of any hearing requiring presentation of documentary evidence, so that the courtroom can be equipped with the appropriate electronic technology.

**FINAL PRETRIAL CONFERENCE / TRIAL**
The Honorable Marcia S. Krieger will issue a Minute Order setting dates for a **Final Pretrial Conference**, **Trial Preparation Conference**, and **Trial**.
The parties anticipate a ten day trial to a jury.

Court discusses Chief Judge Krieger's practice standards with counsel.

Court discusses Magistrate Judge Mix's "Requirements of Practice" with counsel.

- Scheduling Order is signed and entered with interlineations on January 26, 2016.

HEARING CONCLUDED.
**Court in recess:     10:34 a.m.**
Total Time:   00:31

To order a transcript of this proceeding, contact Stevens-Koenig Reporting at (303)988-8470.