IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 14-CV-02182-MSK-KLM

UNITED STATES COMMODITY FUTURES TRADING COMMISSION,

        Plaintiff,

v.

R2 CAPITAL GROUP, LLC,
RAST INVESTOR GROUP, LLC,
MADIGAN ENTERPRISES, INC.,
BULLETPROOF VEST, INC.,
RYAN TOMAZIN,
RYAN MADIGAN, and
RANDELL A. VEST,

        Defendants.

---

## STIPULATED ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

<table>
<tr><td>

*s/ Luke Marsh*
Luke B. Marsh
Chief Trial Attorney
Sophia Siddiqui
Senior Trial Attorney
Commodity Futures Trading Commission,
Division of Enforcement
1155 21st Street, N.W.
Washington, D.C. 20581
Tel: (202) 418-5322 (Marsh)
Tel: (202) 418-6774 (Siddiqui)
Facsimile: (202) 418-5124
lmarsh@cftc.gov
ssiddiqui@cftc.gov
Counsel for Plaintiff
U.S. Commodity Futures Trading
Commission

</td><td>

*s/ Forrest W. Lewis*
Forrest W. Lewis
FORREST W. LEWIS, P.C.
1019 8th Street, Suite 310
P.O. Box 677
Golden, Colorado 80402
Ph: (303) 279-3333
Fax: (303) 278-7691
flewispc@aol.com

Attorney for Defendants Ryan Tomazin and RAST Investor Group, LLC


*s/ Michael J. Davis*
Michael J. Davis
BKN Murray, LLP
6795 E. Tennessee Ave., St. 330
Denver, CO 80224
Ph: (720) 361-6036
Fax: (303) 758-5055
mdavis@bknmurray.com

Attorney for R2 Capital Group, LLC, Defendants Madigan Enterprises, Inc., Ryan Madigan, Bulletproof Vest, Inc., and Randell Vest

</td></tr>
</table>

**SO ORDERED**

Dated: _____


_____
Hon. Kristen L. Mix
United States Magistrate Judge