IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | FTR - Reporter Deck - Courtroom A-401 |
| Date: June 6, 2016 | Alfred A. Arraj United States Courthouse |

Civil Action No. 14-cv-02182–MSK-KLM

*Parties*:  *Counsel*:

US COMMODITY FUTURES TRADING  Sophia Siddiqui
COMMISSION,

    Plaintiff,

v.

R2 CAPITAL GROUP, LLC, ET AL.,  Michael Davis
                                                   Forrest Lewis

    Defendants.

## COURTROOM MINUTES

**TELEPHONIC DISCOVERY HEARING**
**Court in Session: 2:09 p.m.**

Court calls case. Appearance of counsel.

Telephonic Discovery Hearing is called regarding Plaintiff's oral Motion to Compel Responses to Interrogatories and Requests for Production (the "Motion"). For the reasons set forth on the record:

**ORDERED:** The Motion is **TAKEN UNDER ADVISEMENT.** Counsel for Defendants R2 Capital Group, Ryan Madigan and Madigan Enterprises, Inc. is ordered to amend their responses to Plaintiff's Interrogatories and Requests for Production **no later than June 20, 2016.** Any further disputes regarding this matter shall be heard via Magistrate Judge Mix's discovery dispute procedures.

HEARING CONCLUDED.
**Court in recess:     2:28 p.m.**
Time In Court:        00:19 minutes

To order a transcript of this proceeding, contact Stevens-Koenig Reporting at  (303)988-8470.