IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 14-CV-02182-MSK-KLM

UNITED STATES COMMODITY FUTURES TRADING COMMISSION,

       Plaintiff,

v.

R2 CAPITAL GROUP, LLC,
RAST INVESTOR GROUP,
LLC, MADIGAN
ENTERPRISES, INC.,
BULLETPROOF VEST, INC.,
RYAN TOMAZIN,
RYAN MADIGAN, and
RANDELL A. VEST,

       Defendants.

---

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE OF
SOPHIA SIDDIQUI AS CO-COUNSEL FOR PLAINTIFF
UNITED STATES COMMODITY FUTURES TRADING COMMISSION**

---

Pursuant to D.C.COLO.LAttyR 5(b) and 7.1, I, Sophia Siddiqui, hereby move for leave to withdraw as co-counsel *pro hac vice* for Plaintiff United States Commodity Futures Trading Commission ("CFTC" or "Plaintiff") in the above-captioned action. Effective July 22, I will no longer be affiliated with or serving as a Trial Attorney at the CFTC. Good cause therefore exists under D.C.COLO.LAttyR 5(b) to withdraw as counsel for the Plaintiff. Plaintiff will continue to be represented in this matter by *pro hac vice* counsel Luke B. Marsh, who will remain counsel of record for Plaintiff in this matter. In addition, Commission attorney Danielle Karst will enter her appearance as *pro hac vice* counsel shortly. Therefore, the undersigned respectfully requests that the Court

grant this motion, withdraw her appearance from this action, and remove her from the

CM/ECF electronic notification system related to this action.

        Respectfully submitted,

        UNITED STATES COMMODITY
        FUTURES TRADING COMMISSION

        BY: *s/ Sophia Siddiqui*
        LUKE B. MARSH
        Chief Trial Attorney
        SOPHIA SIDDIQUI
        Trial Attorney
        U.S. Commodity Futures Trading
        Commission
        Division of Enforcement
        1155 21st Street, N.W.
        Washington, D.C. 20581
        Tel: (202) 418-5322 (Marsh)
        Tel: (202) 418-6774 (Siddiqui)
        Facsimile: (202) 418-5124
        lmarsh@cftc.gov
        ssiddiqui@cftc.gov
        Counsel for Plaintiff
        U.S. Commodity Futures Trading
        Commission

Dated: June 27, 2016

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2016, I caused a copy of the foregoing to be served, via electronic mail, on the following:

**Counsel for Defendants R2 Capital Group, LLC,
Madigan Enterprises, Inc., Ryan Madigan,
Bulletproof Vest, Inc., and Randall Vest:**

Michael J. Davis
BKN Murray, LLP
6795 E. Tennessee Ave., St. 330
Denver, CO  80224
Ph: (303) 758-5100
Fax: (303) 758-5055
mdavis@bknmurray.com

**Counsel for Defendant Ryan Tomazin and RAST Investor Group, LLC**

Forrest W. Lewis,
FORREST W. LEWIS, P.C.
1019 8th Street, Suite 310
P.O. Box 677
Golden, Colorado  80402
Telephone:  (303) 279-3333
Facsimile:   (303) 278-7691
Email: flewispc@aol.com

**Counsel for Plaintiff U.S. Commodity Futures Trading Commission**

LUKE B. MARSH
Chief Trial Attorney
U.S. Commodity Futures Trading Commission
Division of Enforcement
1155 21st Street, N.W.
Washington, D.C. 20581
Tel: (202) 418-5322 (Marsh)
Tel: (202) 418-6774 (Siddiqui)
Facsimile: (202) 418-5124
lmarsh@cftc.gov

       *s/ Sophia Siddiqui*
       Sophia Siddiqui
       *ssiddiqui@cftc.gov*
       Luke B. Marsh
       *lmarsh@cftc.gov*
       **U.S. COMMODITY FUTURES TRADING COMMISSION**
       1155 21st Street NW
       Washington, DC 20581
       Tel: (202) 418-5000
       Fax: (202) 418-5538