# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO
# HONORABLE MARCIA S. KRIEGER

Civil Action No. 1:14-cv-02182-MSK-KLM

U.S. COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

R2 CAPITAL GROUP, LLC; RAST INVESTOR GROUP, LLC;
MADIGAN ENTERPRISES, INC.; BULLETPROOF VEST, INC.;
RYAN TOMAZIN; RYAN MADIGAN; and RANDELL A. VEST,

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL

Michael J. Davis, of BKN Murray, LLP, respectfully moves for leave to withdraw from continued representation of Defendants Randell A. Vest and Bulletproof Vest, Inc. in the above-referenced case, pursuant to D.C.COLO.LAttyR 5. A Memorandum in Support is attached hereto and incorporated herein.

Dated: July 11, 2016.

Respectfully submitted:
    *s/Michael J. Davis*
By: _____
Michael J. Davis
BKN Murray, LLP
6795 E. Tennessee Ave., Ste. 330
Denver, CO 80224
P: (720) 361-6036
F: (303) 758-5055
E: mdavis@bknmurray.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2016, a copy of the foregoing Motion to Withdraw as Counsel was filed and served electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

I further hereby certify that a copy of the foregoing Motion to Withdraw as Counsel is being sent via email this July 11, 2016, to the following:

Randell A. Vest
randell.vest@gmail.com

Bulletproof Vest, Inc.
randell.vest@gmail.com

Dated: July 11, 2016.                    Respectfully submitted:
                                         *s/Michael J. Davis*
                                         By: _____
                                         Michael J. Davis
                                         BKN Murray, LLP
                                         6795 E. Tennessee Ave., Ste. 330
                                         Denver, CO 80224
                                         P: (720) 361-6036
                                         F: (303) 758-5055
                                         E: mdavis@bknmurray.com