UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Civil Action No. 1:14-cv-02182-MSK-KLM

U.S. COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

R2 CAPITAL GROUP, LLC; RAST INVESTOR GROUP, LLC;
MADIGAN ENTERPRISES, INC.; BULLETPROOF VEST, INC.;
RYAN TOMAZIN; RYAN MADIGAN; and RANDELL A. VEST,

    Defendants.

## MEMORANDUM IN SUPPORT OF
## MOTION TO WITHDRAW AS COUNSEL

In support of his Motion to Withdraw as Counsel for Randell A. Vest and Bulletproof Vest, Inc. in this case, Mr. Davis states as follows:

1. D.C.COLO.LAttyR 5 allows an attorney to seek leave to withdraw for good cause.

2. Mr. Davis states as good cause that he has been unable to obtain the cooperation necessary to adequately represent Randell A. Vest and Bulletproof Vest, Inc. and that Randell A. Vest and Bulletproof Vest, Inc. have substantially failed to fulfill their obligations to Mr. Davis regarding his services. See Affidavit of Michael J. Davis, attached as Exhibit A.

3. Pursuant to D.C.COLO.LAttyR 5, the undersigned represents that he has provided the required notices to Randell A. Vest and Bulletproof Vest, Inc. via e-mail to Mr. Vest, which is presently the only contact method available.

4. There are no current motions pending before the Court, and there are still many months left for discovery in this case, which closes on March 3, 2017.

5. On several occasions, most recently July 8, 2016, the undersigned informed Plaintiff's counsel of his intent to file this motion.

WHEREFORE, Michael Davis respectfully moves this Court for an Order permitting him to withdraw as counsel for Defendants Randell A. Vest and Bulletproof Vest, Inc.

Dated: July 11, 2016.  Respectfully submitted:
    *s/Michael J. Davis*
By: _____
Michael J. Davis
BKN Murray, LLP
6795 E. Tennessee Ave., Ste. 330
Denver, CO 80224
P: (720) 361-6036
F: (303) 758-5055
E: mdavis@bknmurray.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2016, a copy of the foregoing Memorandum in Support of Motion to Withdraw as Counsel was filed and served electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

I further hereby certify that a copy of the foregoing Memorandum in Support of Motion to Withdraw as Counsel is being sent via email this July 11, 2016, to the following:

Randell A. Vest
randell.vest@gmail.com

Bulletproof Vest, Inc.
randell.vest@gmail.com

Dated: July 11, 2016.  Respectfully submitted:
    *s/Michael J. Davis*
By: _____
Michael J. Davis
BKN Murray, LLP
6795 E. Tennessee Ave., Ste. 330
Denver, CO 80224
P: (720) 361-6036
F: (303) 758-5055
E: mdavis@bknmurray.com