UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Civil Action No. 1:14-cv-02182-MSK-KLM

U.S. COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

R2 CAPITAL GROUP, LLC; RAST INVESTOR GROUP, LLC; MADIGAN ENTERPRISES, INC.; BULLETPROOF VEST, INC.; RYAN TOMAZIN; RYAN MADIGAN; and RANDELL A. VEST,

    Defendants.

## AFFIDAVIT OF MICHAEL J. DAVIS

1. I am at least 18 years of age, competent to testify, and have personal knowledge of the below facts.

2. Through verbal agreement, I began representing Randell A. Vest and Bulletproof Vest, Inc. in the above case in November of 2015.

3. On information and belief, Randell A. Vest is the sole owner, manager, and principal of Bulletproof Vest, Inc.

4. In December, 2015, I attempted to contact Randell A. Vest and Bulletproof Vest, Inc. via e-mail and phone regarding the Defendants' Answer.

5. I also contacted Randell A. Vest and Bulletproof Vest, Inc. via e-mail and phone regarding a retainer, which I never received.

6. Having received no response, I submitted an Answer on behalf of Defendants Randell A. Vest and Bulletproof Vest, Inc.

7. I continued to attempt making contact with Randell A. Vest and Bulletproof Vest, Inc. via e-mail and phone after submitting the Answer.

8. On December 23, 2015, I sent an email notifying Mr. Vest that I intended to withdraw from representation of Randell A. Vest and Bulletproof Vest, Inc. if he did not receive a response.

9. On December 23, 2015, I also attempted to call Mr. Vest at his residence and was told that Mr. Vest didn't live there anymore.

10. On December 23, 2015, Mr. Vest responded by email stating that his phone was broken and that he would call me "asap."

11. I sent several follow-up emails over the course of January and February 2016.

12. On February 18, 2016, I again e-mailed Mr. Vest to indicate that I intended to withdraw from representation of Randell A. Vest and Bulletproof Vest, Inc. if he did not receive a response.

13. I sent several follow-up emails over the course of March and April 2016.

14. I sent Randell A. Vest and Bulletproof Vest, Inc. discovery in the matter and received no response. As a result, I have been unable to submit responses to Plaintiff's discovery requests for Randell A. Vest and Bulletproof Vest, Inc.

15. On July 8, 2016, I sent Mr. Vest a final e-mail stating that I would be filing a Motion to Withdraw.

16. I believe that I can no longer adequately represent Randell A. Vest and Bulletproof Vest, Inc. in this case.

17. The only reliable contact information I have for Randell A. Vest and Bulletproof Vest, Inc. is one e-mail address belonging to Mr. Vest.

I do swear the above is true and correct to the best of my knowledge.

_____
Signature of Michael J. Davis
BKN Murray, LLP
6795 E. Tennessee Ave., Ste. 330
Denver, CO 80224

Subscribed and sworn to before me in the county of _Denver_, State of Colorado, this _11th_ day of _July_, 20_16_.

_____
(Notary's official signature)

_7/24/18_
(Commission Expiration)

CHERYL TOMAN
NOTARY PUBLIC - STATE OF COLORADO
Notary Identification #19914005411
My Commission Expires 7/24/2018

Notary Seal