IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02182-MSK-KLM

US COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

R2 CAPITAL GROUP LLC,
RAST INVESTOR GROUP, LLC,
MADIGAN ENTERPRISES, INC.,
BULLETPROOF VEST, INC.,
RYAN TOMAZIN,
RYAN MADIGAN, and
RANDALL A. VEST,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Motion to Withdraw as Counsel** [#100] (the "Motion"), filed by Michael J. Davis ("Davis"), counsel for Defendants Randall A. Vest ("Vest") and Bulletproof Vest, Inc.  Having met the good cause standard of D.C.COLO.LAttyR 5(b),

    IT IS HEREBY **ORDERED** that the Motion [#100] is **GRANTED**.  Attorney Davis is relieved of any further representation of Defendants Vest and Bulletproof Vest, Inc. in this case.  The Clerk of the Court is instructed to terminate Attorney Davis as counsel of record **for these two Defendants only**.[1]  **Defendants shall provide updated mailing addresses to the Court within ten (10) business days.**

    The Court notes that a corporation, partnership, or other legal entity "may not appear without counsel admitted to the bar of this court . . . ."  D.C.COLO.LAttyR 6.  Accordingly,

    IT IS FURTHER **ORDERED** that Defendant Bulletproof Vest, Inc. shall have through **August 15, 2016**, for new counsel to enter an appearance in this matter.  Defendant Bulletproof Vest, Inc. is warned that "absent prompt appearance of substitute counsel,

---

[1] Attorney Davis will continue to represent Defendants R2 Capital Group LLC, RAST Investor Group, LLC, Madigan Enterprises, Inc., Ryan Tomazin, and Ryan Madigan.

pleadings and papers may be stricken, and default judgment or other sanctions may be imposed against the entity." D.C.COLO.LAttyR 6.

Because Defendant Vest will now be proceeding pro se, the Court hereby notifies him that he is under a legal obligation to comply with the Federal Rules of Civil Procedure, the Local Rules in this District, and all orders of this Court. *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992). In order to more fully explain the responsibilities Plaintiff now bears as a pro se litigant, the Court has attached a letter as an exhibit to this Minute Order.

As a final matter, the Court reminds Defendant Vest of the following upcoming case management deadlines:

| | |
|---|---|
| Deadline for the completion of all discovery: | **March 3, 2017** |
| Deadline to file Joint Settlement Status Report: | **March 17, 2017** |
| Deadline for filing dispositive motions: | **April 7, 2017** |

Dated: July 18, 2016