IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02182-MSK-KLM

US COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

R2 CAPITAL GROUP LLC,
RAST INVESTOR GROUP, LLC,
MADIGAN ENTERPRISES, INC.,
BULLETPROOF VEST, INC.,
RYAN TOMAZIN,
RYAN MADIGAN, and
RANDALL A. VEST,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a disputed discovery issue e-mailed to the undersigned on July 15, 2016. In light of the new pro se status of Defendants Randall A. Vest and Bulletproof Vest, Inc., *see Minute Order* [#102],

    IT IS HEREBY **ORDERED** that, **no later than August 15, 2016**, Plaintiff shall file a written motion addressing the issue raised in the e-mailed discovery dispute.[1]

    IT IS FURTHER **ORDERED** that, **no later than August 26, 2016**, Defendants Randall A. Vest and Bulletproof Vest, Inc. shall file a written response to Plaintiff's motion.[2] **Failure to file a response will result in a recommendation that entry of default and default judgment be entered against these two Defendants.**

    Dated: July 21, 2016

---

[1] In short, the dispute concerns the failure of Defendants Randall A. Vest and Bulletproof Vest, Inc. to respond to written discovery.

[2] No reply from Plaintiff is permitted.