IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02182-MSK-KLM

US COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

R2 CAPITAL GROUP LLC,
RAST INVESTOR GROUP, LLC,
MADIGAN ENTERPRISES, INC.,
BULLETPROOF VEST, INC.,
RYAN TOMAZIN,
RYAN MADIGAN, and
RANDALL A. VEST,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on a disputed discovery issue e-mailed to the undersigned on July 21, 2016.

    IT IS HEREBY **ORDERED** that a Telephonic Discovery Hearing is scheduled for **August 4, 2016, at 4:00 p.m.** The parties shall first conference together and then call Chambers at **(303) 335-2770** at the designated time.

    Dated: July 26, 2016