IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cv-02182-MSK-KLM

U.S. COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

v.
R2CAPITAL GROOUP, LLC; **RAST INVESTOR GROUP, LLC**;
MADIGAN ENTERPRISES, INC; BULLETPROOF VEST, INC.;
RYAN TOMAZIN; RYAN MADIGAN; and RANDELL A. VEST,

Defendants.

_____

ENTRY OF APPEARANCE OF COUNSEL
_____

Comes now Richard J. Banta, a member in good standing of the bar of this court, pursuant to D.C.COLO.LAttyR 5 and hereby gives Notice of his Appearance on behalf of Defendant RAST Investor Group, LLC.

Respectfully submitted,

s/Richard J. Banta
3773 Cherry Creek North Dr.
Suite 575
Denver, CO 80209
rjbanta@comcast.net
(Primary CM/ECF email)
303-860-8048

CERTIFICATE OF SERVICE

I certify that on August 2, 2016, 2016 I electronically filed the foregoing Entry of Attorney Appearance Of Counsel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

1

2

- **Michael Joseph Davis**
- mdavis@archerbay.com,idellacqua@bknmurray.com,mdavis@bknmurray.com
- **Danielle E. Karst**
- dkarst@cftc.gov
- **Gregg E. Kay**
- gkay@bknmurray.com,skobbe@archerbay.com,aflores@archerbay.com,jrodgers@archerbay.com,jricker@bknmurray.com,Gregg.Kay@assurityfinancial.com,greggkay@hotmail.com
- **Forrest W. Lewis**
- flewispc@aol.com
- **Luke B. Marsh**
- lmarsh@cftc.gov

**Manual Notice List**

The following is the list of attorneys or parties who are **not** on the list to receive e-mail notices for this case and who therefore require manual noticing:

**Bulletproof Vest, Inc.**
9613 Halyards Ct.
Fort Myers, FL 33919

**Randell A. Vest**
9613 Halyards Ct.
Fort Myers, FL 33919None

                                                           s/Richard J. Banta
                                                            Richard J. Banta