IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cv-02182-MSK-KLM

U.S. COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

v.
R2CAPITAL GROOUP, LLC; **RAST INVESTOR GROUP, LLC**;
MADIGAN ENTERPRISES, INC; BULLETPROOF VEST, INC.;
**RYAN TOMAZIN**; RYAN MADIGAN; and RANDELL A. VEST,

Defendants.

---

MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR RAST INVESTOR
GROUP, LLC AND RYAN TOMAZIN

---

Comes now Forrest W. Lewis, a member in good standing of the bar of this court, pursuant to D.C.COLO.LAttyR 5 and hereby respectfully moves the Court for an Order granting this motion. In support of such motion, counsel states the following:

1. Counsel is in the process of reducing his caseload.

2. Attorney Richard J. Banta with the consent of RAST Investor Group, LLC and Ryan Tomazin entered his appearance on their behalf on August 2, 2016.

3. Counsel with the consent of the clients desires to withdraw and be removed as counsel of record in this case.

4. Filed with this motion hereto is a Notice to Clients.

Wherefore counsel respectfully moves the Court for an Order granting this motion and granting such further relief as the Court deems just and proper.

1

          Respectfully submitted,

    s/<u>Forrest W. Lewis</u>
    Forrest W. Lewis, P.C.
    1019 8th Street, Suite 310
    P.O. Box 677
    Golden, CO 80402
    Phone: 303-279-3333
    Fax: 303-278-7691
    E-mail: flewispc@aol.com
    Attorney for Defendants
    RAST Investor Group, LLC
    Ryan Tomazin

CERTIFICATE OF SERVICE

I certify that on August 3, 2016, 2016 I electronically filed the foregoing Motion to Withdraw with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

**Michael Joseph Davis**
- mdavis@archerbay.com,idellacqua@bknmurray.com,mdavis@bknmurray.com

**Danielle E. Karst**
- dkarst@cftc.gov

**Gregg E. Kay**
- gkay@bknmurray.com,skobbe@archerbay.com,aflores@archerbay.com,jrodgers@archerbay.com,jricker@bknmurray.com,Gregg.Kay@assurityfinancial.com,greggkay@hotmail.com

**Forrest W. Lewis**
- flewispc@aol.com

**Luke B. Marsh**
- lmarsh@cftc.gov

**RAST Investor Group, LLC**
**Ryan Tomazin**
rjt@tomazin.com

2

**Manual Notice List**
The following is the list of attorneys or parties who are **not** on the list to receive e-mail notices for this case and who therefore require manual noticing:

**Bulletproof Vest, Inc.**
**Randell A. Vest**
9613 Halyards Ct.
Fort Myers, FL 33919

                                                                    s/Forest W. Lewis
                                                                      Forrest W. Lewis