IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 14-cv-02182-MSK-KLM

U.S. COMMODITY FUTURES TRADING COMMISSION,

Plaintiff,

v.
R2CAPITAL GROOUP, LLC; **RAST INVESTOR GROUP, LLC;**
MADIGAN ENTERPRISES, INC; BULLETPROOF VEST, INC.;
**RYAN TOMAZIN**; RYAN MADIGAN; and RANDELL A. VEST,

Defendants.

___

NOTICE TO WITHDRAW AS COUNSEL
___

TO DEFENDANTS RAST INVESTOR GROUP, LLC AND RYAN TOMAZIN:

As we have discussed, I have asked the Court to allow me to withdraw as counsel of record in this case. Pursuant to D.C.COLO.LATTYR 5(b) your are notified of the following:

1. You have agreed to allow me to withdraw.

2. With your consent attorney Richard J. Banta has filed an entry of appearance on your behalf on August 2, 2016 and is now counsel of record.

3. I am contemporaneously with this Notice filing a Motion to Withdraw as counsel of record in this matter.

4. You are personally responsible for complying with all court rules and time limitations established by applicable statutes and rules.

5. If the Court grants my Motion to Withdraw as counsel of record you should confer with Mr. Banta regarding questions relating to the progress of this case.

6. Mr. Banta may be contacted as follows:

Richard J. Banta
Attorney at Law
3773 Cherry Creek North Dr.
Suite 575
Denver, CO 80209
rjbanta@comcast.net
303-860-8048

Respectfully submitted,

s/Forrest W. Lewis
Forrest W. Lewis, P.C.
1019 8th Street, Suite 310
P.O. Box 677
Golden, CO 80402
Phone: 303-279-3333
Fax:  303-278-7691
E-mail: flewispc@aol.com
Attorney for Defendants
RAST Investor Group, LLC
Ryan Tomazin

CERTIFICATE OF SERVICE

I certify that on August 3, 2016, 2016 I electronically filed the foregoing Motion to Withdraw with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

**Michael Joseph Davis**
- mdavis@archerbay.com,idellacqua@bknmurray.com,mdavis@bknmurray.com

**Danielle E. Karst**
- dkarst@cftc.gov

**Gregg E. Kay**
- gkay@bknmurray.com,skobbe@archerbay.com,aflores@archerbay.com,jrodgers@archerbay.com,jricker@bknmurray.com,Gregg.Kay@assurityfinancial.com,greggkay@hotmail.com

2

**Forrest W. Lewis**
- flewispc@aol.com

**Luke B. Marsh**
- lmarsh@cftc.gov

**RAST Investor Group, LLC**
**Ryan Tomazin**
rjt@tomazin.com

**Manual Notice List**
The following is the list of attorneys or parties who are **not** on the list to receive e-mail notices for this case and who therefore require manual noticing:

**Bulletproof Vest, Inc.**
**Randell A. Vest**
9613 Halyards Ct.
Fort Myers, FL 33919

                                                  s/Forest W. Lewis
                                                    Forrest W. Lewis