IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | FTR - Reporter Deck - Courtroom A-401 |
| Date: August 4, 2016 | Alfred A. Arraj United States Courthouse |

Civil Action No. 14-cv-02182–MSK-KLM

*Parties*:

US COMMODITY FUTURES TRADING
COMMISSION,

    Plaintiff,

v.

R2 CAPITAL GROUP, LLC, ET AL.,

    Defendants.

*Counsel*:

Luke Marsh
Danielle Karst

Michael Davis
Richard Banta

**COURTROOM MINUTES**

**TELEPHONIC DISCOVERY HEARING**
**Court in session:   4:06 p.m.**

Court calls case. Appearance of counsel.

Telephonic Discovery Hearing is called regarding:

    (1)    Plaintiff's oral Motion to Compel Responses by Defendants R2 Capital Group, LLC, Ryan Madigan and Madigan Enterprises, Inc. (collectively, the "Madigan Defendants") to either Interrogatory #4 or #6 and Requests for Production #5 and #9;

    (2)    Plaintiff's oral Motion to Compel Defendant Ryan Madigan to produce emails from his Yahoo account;

    (3)    Plaintiff's oral Motion regarding Madigan Defendants' waiver of the

        attorney/client privilege; and

(4)    Plaintiff's oral Motion for Fees and Costs under Fed. R. Civ. P. 37(a)(5) (the "Motions").

For the reasons set forth on the record, in light of the Madigan Defendants' failure to abide by a previous Court order and as a sanction under Fed. R. Civ. P. 37(b)(2)(A), it is hereby:

**ORDERED:** Plaintiff's oral Motion to Compel Responses to either Interrogatory #4 or #6 and Requests for Production #5 and #9 is **GRANTED.** Madigan Defendants shall provide final responses to Interrogatory #4 or #6 and Requests for Production #5 and #9 **no later than August 31, 2016.**

**ORDERED:** Plaintiff's oral Motion to Compel Defendant Ryan Madigan to produce emails from his Yahoo Account is **GRANTED**. If necessary, Defendant Ryan Madigan shall execute a consent to require Yahoo to disclose his emails from that account for the relevant time period **no later than August 31, 2016.**

**ORDERED:** Plaintiff's oral Motion regarding waiver of the attorney-client privilege by the Madigan Defendants is **GRANTED.** Madigan Defendants shall produce the documents listed on the privilege log **no later than August 31, 2016.**

**ORDERED:** Plaintiff's oral Motion for Fees and Costs is **GRANTED.** Plaintiff shall submit a written motion for fees and costs in compliance with D.C.COLO.LCivR 54.3 **no later than August 18, 2016.** Madigan Defendants may respond **no later than August 25, 2016.** No reply will be permitted.

HEARING CONCLUDED.
**Court in recess:    4:50 p.m.**
Time In Court:    00:44 minutes

To order a transcript of this proceeding, contact Stevens-Koenig Reporting at (303)988-8470.