# EXHIBIT D

**TIMESHEET SUMMARY CHART**

**ATTORNEY**
**L. MARSH**

| Date | Timesheet Description | Original Time (Hr) | Requested Time (Hr) | Notes |
|------|----------------------|-------------------|--------------------|-------|
| 03/31/16 | address discovery concerns | 2 | 0.5 | Time reduced in conjunction with redaction of matter not related to discovery dispute; time reduced due to possible redundant time billed.  Time billed limited to time spent for reciept and review of Davis' 3/30/16 email and composing and sending 3/31/16 response email with attachments |
| 04/01/16 | receipt and review Davis email | 0.25 | 0.25 | |
| 05/19/16 | discovery issues | 2 | 1 | Time reduced in conjunction with redaction of matter not related to discovery dispute; time reduced due to possible redundant time billed.  Time billed limited to time spent for assistance in preparation of 5/23/16 Email Submission to Court |
| 05/23/16 | discovery issues | 2 | 1 | Time reduced in conjunction with redaction of matter not related to discovery dispute; time reduced due to possible redundant time billed.  Time billed limited to time spent for assistance in preparation of 5/23/16 Email Submission to Court |
| 07/06/16 | review discovery issues; work on motion | 3.5 | 2.75 | Time reduced in conjunction with redaction of matter not related to discovery dispute |
| 07/08/16 | receipt and review of hearing transcript; prepare and file motion to compel w/ D. Colo. | 6 | 6 | |
| 07/18/16 | discovery dispute | 3.5 | 2.25 | Time reduced in conjunction with matter not related to discovery dispute; time reduced due to possible redundant time billed.  Time billed limited to time spent for preparation of 7/18/16 letter to Davis |
| 07/19/16 | discovery dispute | 8 | 0.25 | Time reduced in conjunction with matter not related to discovery dispute; time reduced due to possible redundant time billed.  Time billed limited to time spent for receipt and review of of 7/19/16 email from Davis' firm |

**TIMESHEET SUMMARY CHART**

ATTORNEY

L. MARSH

| Date | Timesheet Description | Original Time (Hr) | Requested Time (Hr) | Notes |
|------|----------------------|--------------------|---------------------|-------|
| 07/21/16 | discovery dispute | 8 | 3.75 | Time reduced in conjunction with matter not related to discovery dispute; time reduced due to possible redundant or unecessary time billed.  Time billed limited to time spent for preparation of 7/21/16 Email Submission to Court on Third Oral Motion to Compel |
| 07/25/16 | receipt and review responses to RFP's; research adequacy of same | 3 | 2.25 | Time  reduced due to possible redundant or unecessary time billed.  Time billed limited to time spent for research adquacy of responses |
| 07/26/16 | research adequacy of RFPs | 3.5 | 1.25 | Time reduced in conjunction with matter not related to discovery dispute; time reduced due to possible redundant time billed.  Time billed limited to time spent for |
| 07/27/16 | write and send letter re adequacy of RFPs | 3 | 3 | |
| 07/29/16 | prepare supplemental court submission re RFPs | 3.5 | 3.5 | |
| 07/29/16 | review email re adequacy of RFPs, conference re same; respond to same | 1 | 1 | |
| 08/01/16 | conference w/defense counsel and emails re supplemental court submission re RFPs; submission to court | 2.5 | 2.5 | |
| 08/03/16 | prep for discovery hearing; research; receipt and review of materials submitted by Davis | 8 | 4 | Time  reduced due to possible redundant time billed. |
| 08/04/16 | prep for discovery hearing; attend hearing | 8 | 4 | Time reduced due to possible redundant time billed. |
| 08/05/16 | receipt and review of order on discovery hearing; research re reasonable atty fees | 6 | 3 | Time  reduced due to possible redundant time billed. |
| 08/08/16 | research lodestar calculation; factors considered; reasonable fees; review timeslips; confer w/Siddiqui | 4.25 | 4.25 | |
| 08/09/16 | research calculation of hours; fees for government employees; preparation of summary chart | 5.25 | 5.25 | |

**TIMESHEET SUMMARY CHART**

**ATTORNEY**

**L. MARSH**

| Date | Timesheet Description | Original Time (Hr) | Requested Time (Hr) | Notes |
|---|---|---|---|---|
| 08/10/16 | write motion for attorneys fees and costs; prepare draft declaration; research COBAR fee matrix | 4.75 | 4.75 | |
| 08/11/16 | receipt and review of motion for clarification; receipt and review of transcript hearing; | 1.75 | 1.75 | |
| 08/12/16 | prepare and file response to motion for clarification | 2.25 | 2.25 | |
| 08/17/16 | research reasonable fees and hours, continue writing and final edits to motion for fees/costs, continue writing and final edits to declaration | 1.25 | 1.25 | |
| | Total | 93.25 | 61.75 | |













Timeslip

| Timekeeper | LMARSH | Marsh, Luke B., Esq. |
| Matter | A1440 | R2 Capital Group LLC, Randall A. Vest - CPO |
| Date | 7/8/2016 | Created on 07/8/2016 11:23 AM by LMAR! | Last Revised |

Type  ● Time  ○ Expense  |  □ Flat Rate

| Transaction | REGULAR | Regular Time |
| Sub-Transaction | OTH | Other Case Assessment, Development and Administration |

| Hours | 6 |
| Rate | $0.00  RATE |

**Total Amount** $0.00   Billing Status Billable   Export Status Selected for Export

Full Description  receipt and review of hearing transcript; prepare and file motion to compel w/ D. Colo.

Save     Close

**LM-6**



**LM-7**



**LM-8**





**LM-10**



**LM-11**



**LM-12**





Timeslip

| Timekeeper | LMARSH | Marsh, Luke B., Esq. |
| Matter | A1440 | R2 Capital Group LLC, Randall A. Vest - CPO |
| Date | 07/29/2016 | Created on 08/1/2016 03:17 PM by LMAR  Last Revised |

Type  ⊙ Time   ○ Expense  |  ☐ Flat Rate

| Transaction | REGULAR | Regular Time |
| Sub-Transaction | DIS | Discovery Motions |

Hours                1
Rate            $0.00  RATE

**Total Amount**        **$0.00**    Billing Status  Billable     Export Status  Selected for Export

Full Description  review email re adequacy of RFPs, conference re same; respond to same

Save    Close

**LM-14**



LM-15



**LM-16**





**LM-18**



**LM-19**





LM-21





Timeslip

| Timekeeper | LMARSH | Marsh, Luke B., Esq. |
| Matter | A1440 | R2 Capital Group LLC, Randall A. Vest - CPO |
| Date | 08/12/2016 | Created on 08/15/2016 10:07 AM by LMAF   Last Revised |

Type   ● Time   ○ Expense   |   □ Flat Rate

| Transaction | REGULAR | Regular Time |
| Sub-Transaction | | |

| Hours | 2.25 |
| Rate | $0.00   RATE |
| **Total Amount** | **$0.00** |   Billing Status | Billable   Export Status | Selected for Export

Full Description   prepare and file response to motion for clarification

Save      Close

**LM-23**



LM-24