# EXHIBIT E

TIMESHEET SUMMARY CHART

ATTORNEY
S. SIDDIQUI

| Date | Timesheet Description | Original Time (Hr) | Requested Time (Hr) | Notes |
|---|---|---|---|---|
| 03/30/16 | follow-up re deficiency letter and discovery | 2 | 0.5 | Time reduced in conjunction with redaction of matter not related to discovery dispute; Time billed limited to time spent for voicemail to Davis; composing and sending 3/30 email to Davis |
| 03/31/16 | follow-up with coounsel | 5 | 0.25 | Time reduced in conjunction with redaction of matter not related to discovery dispute; time reduced due to possible redundant or unecessary time billed.  Time billed limited to time spent for conference w/ L.Marsh re discovery dispute |
| 04/12/16 | draft email to counsel re: late discovery responses | 8 | 0.25 | Time reduced in conjunction with redaction of matter not related to discovery dispute; time reduced dueto possible redundant or unnecessary time billed.  Time billed limited to time spent  composing and sending 4/14/16 email to Davis |
| 04/14/16 | review and respond to counsel re discovery issues | 8 | 0.25 | Time reduced in conjunction with redaction of matter not related to discovery dispute; time reduced due to possible redundant or unecessary time billed.  Time billed limited to time spent for reciept and review of Davis' 4/13/16 email |
| 04/29/16 | email to counsel | 4 | 0.25 | Time reduced in conjunction with redaction of matter not related to discovery dispute; time reduced due to possible redundant or unecessary time billed.  Time billed limited to time spent composing and sending 4/29/16 response email to Davis |

**TIMESHEET SUMMARY CHART**

**ATTORNEY**
**S. SIDDIQUI**

| Date | Timesheet Description | Original Time (Hr) | Requested Time (Hr) | Notes |
|------|----------------------|---------------------|----------------------|-------|
| 05/03/16 | review discovery responses | 4 | 0.75 | Time reduced in conjunction with redaction of matter not related to discovery dispute; time reduced due to possible redundant or unecessary time billed.  Time billed limited to time spent for reciept and review of Madigan Defendants first response to Plaintiff's Interrogatories |
| 05/05/16 | research re deficient discovery; review discovery responses | 5 | 2 | Time reduced in conjunction with redaction of matter not related to discovery dispute; time reduced due to possible redundant or unecessary time billed.  Time billed limited to time spent for researching adequacy of Madigan Defendant's responses |
| 05/06/16 | deficiency letter to MDavis re discovery | 3 | 3 | |
| 05/09/16 | revise letter; scan and print exhibits; email counsel | 4 | 1.75 | Time reduced in conjunction with redaction of matter not related to discovery dispute; time reduced due to possible redundant or unecessary time billed. |
| 05/19/16 | discovery dispute chart; check magistrate procedures; email to Judge | 4 | 2 | Time reduced in conjunction with redaction of matter not related to discovery dispute; time reduced due to possible redundant or unecessary time billed. |
| 05/23/16 | draft letter to magistrate outline discovery issues | 6 | 3 | Time reduced in conjunction with redaction of matter not related to discovery dispute; time reduced due to possible redundant or unecessary time billed. |
| 05/24/16 | emails; review discovery dispute docs and prepare for Magistrate hearing; correspond with counsel re: hearing date | 4.5 | 0.5 | Time reduced in conjunction with redaction of matter not related to discovery dispute. |

TIMESHEET SUMMARY CHART

ATTORNEY
S. SIDDIQUI

| Date | Timesheet Description | Original Time (Hr) | Requested Time (Hr) | Notes |
|------|----------------------|--------------------|---------------------|-------|
| 05/25/16 | emails from Court and counsel; meeting with LMarsh re same | 1.5 | 1 | Time reduced in conjunction with redaction of matter not related to discovery dispute. |
| 06/01/16 | emails re: conference with judge | 2 | 0.5 | Time reduced in conjunction with redaction of matter not related to discovery dispute. Time billed limited to time spent for emails to/from counsel to arrange for discovery hearing |
| 06/02/16 | prep for hearing; review cases | 2.75 | 1.5 | Time reduced in conjunction with redaction of matter not related to discovery dispute; time reduced due to possible redundant or unecessary time billed. |
| 06/03/16 | prep for discovery hearing | 7 | 3 | Time reduced in conjunction with redaction of matter not related to discovery dispute; time reduced due to possible redundant or unecessary time billed. |
| 06/06/16 | prep; hearing | 7 | 5 | Time reduced in conjunction with redaction of matter not related to discovery dispute; time reduced due to possible redundant or unecessary time billed. |
| 06/23/16 | review amended discovery responses; draft deficient letter | 4 | 2 | Time reduced in conjunction with redaction of matter not related to discovery dispute; |
| 06/28/16 | discovery dispute | 2 | 0 | Time reduced due to possible redundant or unecessary time billed. |
| 06/29/16 | review discovery matter; draft discovery dispute chart | 4 | 3 | Time reduced in conjunction with redaction of matter not related to discovery dispute; |
| 06/30/16 | research re discovery issue | 3 | 3 | |
| | Total | 90.75 | 26.25 | |

















| Timekeeper | SSIDDIQUI | | Siddiqui, Sophia | |
| Matter | A1440 | | R2 Capital Group LLC, Randall A. Vest - CPO | |
| Date | 05/6/2016 | | Created on 05/13/2016 09:43 AM by SSID | Last Revised |
| Type | ● Time  ○ Expense | | Flat Rate | |
| Transaction | REGULAR | | Regular Time | |
| Sub-Transaction | | | | |

| Hours | 3 |
| Rate | $0.00  RATE |
| **Total Amount** | **$0.00** |

Billing Status: Billable   Export Status: Selected for Export

Full Description: deficiency letter to MDavis re discovery

Save    Close

**SS-8**









| | | |
|---|---|---|
| Timekeeper | SSIDDIQUI | Siddiqui, Sophia |
| Matter | A1440 | R2 Capital Group LLC, Randall A. Vest - CPO |
| Date | 05/24/2016 | Created on 05/24/2016 05:14 PM by SSID   Last Revised |

Type    ⦿ Time    ○ Expense    |    ☐ Flat Rate

Transaction    REGULAR    Regular Time
Sub-Transaction

| | |
|---|---|
| Hours | 4.5 |
| Rate | $0.00   RATE |
| **Total Amount** | **$0.00**   Billing Status  Billable    Export Status  Selected for Export |

Full Description   emails; review discovery dispute docs and prepare for Magistrate hearing; correspond with counsel re: hearing date; ██████

Save    Close

















