# EXHIBIT F

**TIMESHEET SUMMARY CHART**          **ATTORNEY**
        **D. KARST**

| Date | Timesheet Description | Original Time (Hr) | Requested Time (Hr) | Notes |
|---|---|---|---|---|
| 07/18/16 | Review Second Group of Defendants' Amended Interrogatory Responses. Review and edit letter to counsel, M. Davis, re discovery deficiencies of Madigan Defendants. | 1.5 | 1 | |
| 07/27/16 | Confer with J. Christianson re Yahoo emails and subpoena; confer with L. Marsh re same; research Yahoo consent form. Review letter re discovery dispute and suggest edits for same. | 5.75 | 2 | Time reduced in conjunction with matter not related to discovery dispute; time reduced due to possible redundant time billed. |
| 07/29/16 | Review and revise email to defense counsel for Madigan Defendants re ongoing discovery issues with L. Marsh; revise supplemental discovery dispute chart. | 3.25 | 1 | Time reduced in conjunction with matter not related to discovery dispute; time reduced due to possible redundant time billed. |
| 08/01/16 | Confer with L. Marsh re ongoing discovery disputes with Madigan Defendants; confer with E-Law re uploading of recent production; review materials in preparation for upcoming hearing. | 6 | 2 | Time reduced in conjunction with matter not related to discovery dispute; time reduced due to possible redundant time billed. |
| 08/02/16 | Review document production of Madigan Defendants; prepare summary of document categories. Confer with L. Marsh re ongoing counsel for August 4, 2016 telephonic discovery hearing. | 6.5 | 2 | Time reduced in conjunction with matter not related to discovery dispute; time reduced due to possible redundant time billed. |
| 08/03/16 | Review materials for August 4, 2016 telephonic discovery hearing re Madigan Defendants. | 6.75 | 2 | Time reduced in conjunction with matter not related to discovery dispute; time reduced due to possible redundant time billed. |

**TIMESHEET SUMMARY CHART**

**ATTORNEY**

**D. KARST**

| Date | Timesheet Description | Original Time (Hr) | Requested Time (Hr) | Notes |
|---|---|---|---|---|
| 08/04/16 | Review second document production of Madigan Defendants and amended responses to requests for production of documents. Prepare for August 4, 2016 telephonic discovery hearing re Madigan Defendants. Participate in telephonic discovery hearing re Madigan Defendants before Magistrate Judge K. Mix with L. Marsh. | 8.5 | 2.5 | Time reduced in conjunction with matter not related to discovery dispute; time reduced due to possible redundant time billed. |
| 08/09/16 | Review and redact recent timesheets describing work on discovery dispute with Madigan Defendants; confer with L. Marsh re same. | 1.25 | 1.25 | |
| 08/10/16 | Review timesheets and calculate hours billed for work on discovery dispute with Madigan Defendants; prepare summary sheet of same as support for motion for attorneys' fees. | 1.25 | 1.25 | |
| 08/11/16 | Review Madigan Defendants' motion for clarification re Court's August 4, 2016 Order. Review transcript of August 4, 2016 telephonic discovery hearing re Madigan Defendants. Work on section of Attorney Affidavit in support of motion for attorney's fees and costs; review attorney resumes for same. | 5.75 | 1.25 | Time reduced due to possible redundant time billed. |

**TIMESHEET SUMMARY CHART**

**ATTORNEY**

**D. KARST**

| Date | Timesheet Description | Original Time (Hr) | Requested Time (Hr) | Notes |
|---|---|---|---|---|
| 08/12/16 | Review and suggest edits to CFTC's response to Madigan Defendants' motion for clarification re Court's August 4, 2016 Order working with L. Marsh. Work with paralegal on preparing exhibits for upcoming motion for attorneys' fees. | 3.25 | 2.5 | Time reduced due to possible redundant time billed. |
| 08/15/16 | Review most recent timesheets and calculate hours billed for work on discovery dispute with Madigan Defendants; prepare and finalize summary sheet of same as support for motion for attorneys' fees. Review draft motion for attorneys' fees and suggest edits and citations for same. | 3.5 | 1.75 | Time reduced due to possible redundant time billed. |
| | **Total** | **53.25** | **20.5** | |

Timeslip

Timekeeper DKARST Karst, Danielle

Matter A1440 R2 Capital Group LLC, Randall A. Vest - CPO

Date 07/18/2016 Created on 07/18/2016 05:46 PM by DKAR Last Revised

Type Time Expense Flat Rate

Transaction REGULAR Regular Time

Sub-Transaction DOC Document Production Requests and Response

Hours 1.5

Rate $0.00 RATE

**Total Amount** **$0.00** Billing Status Billable Export Status Selected for Export

Full Description Review Second Group of Defendants' Amended Interrogatory Responses. Review and edit letter to counsel, M. Davis, re discovery deficiencies of Madigan Defendants. [redacted]

Save Close

**DK-1**



**DK-2**



**DK-3**



**DK-4**



**DK-5**



**DK-6**



**DK-7**

**DK-8**



**DK-9**



**DK-10**



**DK-11**



**DK-12**



**DK-13**