# EXHIBIT H



# INVOICE

| | |
|---|---|
| Commodity Futures Trading Commission<br>ATTN: Luke Marsh, Esq.<br>1155 21st Street, NW<br>Washington, DC  20581 | Invoice Number:  209456<br>Invoice Date:  07/11/2016 |

In RE:  US Commodity Futures Trading Commission vs. R2 Capital Group, LLC, et al.
Witness(s): Transcript of Audio Recorded Telephonic Discovery Hearing
Attendance Date: 06/06/2016, 2:09pm
Reporter: Laurel

| Qty | Description | Ext |
|---|---|---|
| | **TRANSCRIPTION - MAGISTRATE COURT** | |
| 14 | Transcription of Magistrate Audio Recordings - 3 Day Expedited Delivery | 74.90 |
| 1 | Courier Fee to Pick Up FTR Recordings | 12.00 |
| 1 | PACER Access Fee | 5.50 |
| | Invoice Total: | 92.40 |

Thank you for your continued confidence in our services.

We value your business and always appreciate your referrals!

Tax ID: ▓▓▓▓▓▓▓

Finance charges will be assessed to unpaid invoices 30 days from issue at the rate of 2.5% monthly. You are responsible for the payment of all invoiced charges. If it is necessary to take action for collection, you agree to pay all reasonable costs, including court costs, all added interest charges and attorney's fees. A 3% charge will be assessed on all credit card payments.
Email contact: Judy@SKReporting.com

------------------------------------------------------------------------------

**PLEASE DETACH AND RETURN WITH PAYMENT**

**Invoice Numbers:** 209456   **Amount Due:** $92.40   **Amount Enclosed:** $ _____



700 17th Street, Suite 1750
Denver, CO 80202
303-988-8470 (Office)
303-988-8478 (Fax)
www.SKReporting.com

# INVOICE

Commodity Futures Trading Commission
ATTN: Luke Marsh, Esq.
1155 21st Street, NW
Washington, DC  20581

**Invoice Number:** 209742
**Invoice Date:** 08/12/2016

In RE: US Commodity Futures Trading Commission vs. R2 Capital Group, LLC, et al.
Witness(s): Transcript of Audio Recorded Telephonic Discovery Hearing
Attendance Date: 08/04/2016, 4:06pm
Reporter: Laurel

| Qty | Description | Ext |
|---|---|---|
| | **TRANSCRIPTION - MAGISTRATE COURT** | |
| 31 | Transcription of Magistrate Audio Recordings - Original | 122.45 |
| 1 | Courier Fee to Pick Up FTR Recordings | 12.00 |
| 1 | PACER Access Fee | 5.50 |
| | **Invoice Total:** | 139.95 |

Thank you for your continued confidence in our services.

We value your business and always appreciate your referrals!

Tax ID: ███████

Finance charges will be assessed to unpaid invoices 30 days from issue at the rate of 2.5% monthly. You are responsible for the payment of all invoiced charges. If it is necessary to take action for collection, you agree to pay all reasonable costs, including court costs, all added interest charges and attorney's fees. A 3% charge will be assessed on all credit card payments.
Email contact: Judy@SKReporting.com

-----

**PLEASE DETACH AND RETURN WITH PAYMENT**

**Invoice Numbers:** 209742    **Amount Due:** $139.95    **Amount Enclosed:** $ _____