## UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO
## HONORABLE MARCIA S. KRIEGER

Civil Action No. 1:14-cv-02182-MSK-KLM

U.S. COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

R2 CAPITAL GROUP, LLC; RAST INVESTOR GROUP, LLC;
MADIGAN ENTERPRISES, INC.; BULLETPROOF VEST, INC.;
RYAN TOMAZIN; RYAN MADIGAN; and RANDELL A. VEST,

    Defendants.

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE the Defendant Ryan Madigan has had a change of address. The Defendant's residence is now at:

Ryan Madigan

4231 Balboa Ave. #1031

San Diego, CA 92117

**DATED** this 9th day of December, 2016

    Respectfully Submitted,

    BKN Murray, LLP

    */s/ Michael J. Davis*_____
    Michael J. Davis
    6795 E. Tennessee Ave. Ste. 330
    Denver, CO 80224
    Phone: 303-758-5100
    Email: mdavis@bknmurray.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of December, 2016, a true and correct copy of the foregoing NOTICE OF CHANGE OF ADDRESS was electronically filed, emailed and mailed via first class pre-paid postage, on all parties of record as follows:

Luke B Marsh

Sophia Siddiqui

Danielle E. Karst

Commodity Futures Trading Commission

Division of Enforcement

1155 21st Street, N.W.

Washington, DC 20581

Richard J. Banta

3773 Cherry Creek North Drive, Suite 575

Denver, CO 80209

Bulletproof Vest, Inc.

9613 Halyards Ct.

Fort Meyers, FL 33919

Randall A. Vest

9313 Halyards Ct.

Fort Meyers, FL 33919

*By: /s/ Lynsay Larson*

Lynsay Larson, Paralegal