**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
**HONORABLE CHIEF JUDGE MARCIA S. KRIEGER**
**HONORABLE MAGISTRATE JUDGE KRISTEN L. MIX**

Civil Action No. 1:14-cv-02182-MSK-KLM

U.S. COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

R2 CAPITAL GROUP, LLC; RAST INVESTOR GROUP, LLC;
MADIGAN ENTERPRISES, INC.; BULLETPROOF VEST, INC.;
RYAN TOMAZIN; RYAN MADIGAN; and RANDELL A. VEST,

    Defendants.

## UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINE FOR DEPOSITION OF RYAN TOMAZIN

Michael J. Davis, of BKN Murray, LLP, respectfully moves for an extension of the fact discovery deadline for the deposition of Ryan Tomazin, and in support states as follows:

1. Pursuant to Fed. R. Civ. P. 6, the Court for good cause may extend the time in which an act must be done if a request is made before the original time expires. Pursuant to Fed. R. Civ. P. 29, "a stipulation extending the time for any form of discovery must have court approval if it would interfere with the time set for completing discovery. . . ."

2. The current deadline for the completion of fact discovery is January 6, 2017.

3. Mr. Davis states as good cause that his associate contacted Richard Banta, counsel for Defendants Ryan Tomazin and RAST Investor Group, LLC (together, "Tomazin Defendants), on December 15, 2016, to discuss setting a deposition of Mr. Tomazin during the first week of January. Mr. Banta stated that Mr. Tomazin is on Supervised Release in relation to his criminal conviction and, as a result, would require approval from the Supervised Release officer to "do almost anything." Mr. Banta suggested moving the deposition to after January 20, 2017, when Mr. Tomazin's Supervised Release status ends, presumably to ease the burden of such approval.

4. Based on these representations, undersigned respectfully requests an extension of the deadline to depose Mr. Tomazin from January 6, 2017 to February 17, 2017.

5. On December 16, 2016, Luke Marsh, counsel for Plaintiff, and Mr. Banta, counsel for the Tomazin Defendants, notified undersigned's associate that their clients do not oppose the relief requested herein.

6. Undersigned's associate sent notice of the requested relief to the last known email address of Defendants Randell A. Vest and Bulletproof Vest, Inc. on December 17, 2016, but has received no response at this time.

WHEREFORE, Michael J. Davis, of BKN Murray, LLP, respectfully moves for an extension of the fact discovery deadline for the deposition of Ryan Tomazin to February 17, 2017.

Dated: December 19, 2016.

Respectfully submitted:
*s/Michael J. Davis*
By: _____
Michael J. Davis
BKN Murray, LLP
6795 E. Tennessee Ave., Ste. 330
Denver, CO 80224
P: (720) 361-6036
F: (303) 758-5055
E: mdavis@bknmurray.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2016, a copy of the foregoing Unopposed Motion to Extend Discovery Deadline for Deposition of Ryan Tomazin was filed and served electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

Additionally, I hereby certify that on this December 19, 2016, service of the foregoing was made on the following Defendants via First-Class United States Postal Service Mail:

Pro Se Defendant Randell A. Vest
9613 Halyards Ct.
Fort Myers, FL 33919

Pro Se Defendant Bulletproof Vest, Inc.
9613 Halyards Ct.
Fort Myers, FL 33919

Dated: December 19, 2016.                    Respectfully submitted:
                                                                 *s/Michael J. Davis*
                                          By: _____
                                          Michael J. Davis
                                          BKN Murray, LLP
                                          6795 E. Tennessee Ave., Ste. 330
                                          Denver, CO 80224
                                          P: (720) 361-6036
                                          F: (303) 758-5055
                                          E: mdavis@bknmurray.com

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLORADO
# HONORABLE CHIEF JUDGE MARCIA S. KRIEGER
# HONORABLE MAGISTRATE JUDGE KRISTEN L. MIX

Civil Action No. 1:14-cv-02182-MSK-KLM

U.S. COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

R2 CAPITAL GROUP, LLC; RAST INVESTOR GROUP, LLC;
MADIGAN ENTERPRISES, INC.; BULLETPROOF VEST, INC.;
RYAN TOMAZIN; RYAN MADIGAN; and RANDELL A. VEST,

    Defendants.

## ORDER REGARDING MOTION TO EXTEND DISCOVERY DEADLINE FOR DEPOSITION OF RYAN TOMAZIN

    This matter having come before the Court on the Motion to Extend Discovery Deadline for Deposition of Ryan Tomazin, and the Court having reviewed the case file and being fully advised of the premises contained therein, it hereby GRANTS the Motion and ORDERS that:

1.     The discovery deadline for the deposition of Ryan Tomazin by Ryan Madigan and Madigan Enterprises, Inc. shall be extended to February 17, 2017.

Dated: _____    BY THE COURT:

_____

Hon. Kristen L. Mix
U.S. District Magistrate Judge