IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02182-MSK-KLM

US COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

R2 CAPITAL GROUP LLC,
RAST INVESTOR GROUP, LLC,
MADIGAN ENTERPRISES, INC.,
BULLETPROOF VEST, INC.,
RYAN TOMAZIN,
RYAN MADIGAN, and
RANDALL A. VEST,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant Ryan Tomazin's **Unopposed Motion to Extend Discovery Deadline for Deposition of Ryan Tomazin** [#128] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#128] is **GRANTED**. The fact discovery deadline is extended to **February 17, 2017**, for the sole purpose of taking the deposition of Defendant Ryan Tomazin.

    Dated:  December 21, 2016