IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 14-CV-02182-MSK-KLM

UNITED STATES COMMODITY FUTURES TRADING COMMISSION,

        Plaintiff,

v.

R2 CAPITAL GROUP, LLC,
RAST INVESTOR GROUP, LLC,
MADIGAN ENTERPRISES, INC.,
BULLETPROOF VEST, INC.,
RYAN TOMAZIN,
RYAN MADIGAN, and
RANDELL A. VEST,

        Defendants.

**JOINT MOTION FOR CONSENT ORDER OF PERMANENT INJUNCTION AND OTHER RELIEF AGAINST RYAN TOMAZIN AND RAST INVESTOR GROUP, LLC**

Pursuant to Local Rule 7.1, Plaintiff United States Commodity Futures Trading Commission ("CFTC") and Defendants Ryan Tomazin and RAST Investor Group, LLC, (collectively, the "Tomazin Defendants") respectfully move the Court to enter the attached Consent Order of Permanent Injunction and Other Statutory Equitable Relief Against Ryan Tomazin and RAST Investor Group, LLC.

**D.C.COLO.LCivR 7.1(a) Statement**

In October 2016, and again in January 2017, counsel for Plaintiff CFTC conferred with counsel for Defendants Ryan Madigan, Madigan Enterprises, Inc. and R2 Capital (the "Madigan Defendants"), in an attempt to bring this Motion as unopposed. Although the parties reached a

consensus on the majority of content in the proposed Consent Order, Paragraphs 29, 42(d), 64 line 5, and 66 remain in dispute:  Plaintiff asserts that these paragraphs do not affect the Madigan Defendants' liability because paragraphs 17 of the Consent Order specifically states that the Consent Order does not affect other parties liability; it is Plaintiff's understanding that the Madigan Defendants believe that these paragraphs may affect their liability.

I.

**INTRODUCTION**

This civil enforcement action arises out of the operation of a fraudulent investment scheme involving the futures and foreign exchange markets, in violation of the Commodity Exchange Act. Accordingly, on November 4, 2014, Plaintiff CFTC filed its First Amended Complaint against the Tomazin Defendants, the Madigan Defendants, and others, for Permanent Injunction, Civil Penalties, and Other Equitable Relief, for violations of the Commodity Exchange Act ("Act"), 7 U.S.C. §§ 1-26 (2012), and the Commission's Regulations ("Regulations") promulgated thereunder, 17 C.F.R. §§ 1.1-190.10 (2013). **(#38)**

In 2015, in the Southern District of New York, Defendant Ryan Tomazin pleaded guilty to, and was sentenced for, his participation in the fraudulent investment scheme and the criminal violation of Commodity Exchange Act.  See https://www.justice.gov/usao-sdny/pr/founder-and-managing-partner-investment-firm-sentenced-manhattan-federal-court.

Plaintiff CFTC and the Tomazin Defendants have now reached an agreement in the instant civil enforcement action wherein the Tomazin Defendants have agreed to the entry of the attached proposed Joint Consent Order. Accordingly, Plaintiff and Defendants Tomazin and RAST, and their attorneys, have signed their consent on the last page of the attached proposed Consent Order.

II.

**ARGUMENT**

The proposed Consent Order has no impact on the remaining Madigan Defendants because it does not refer to the Madigan Defendants' conduct, and it contains the following language:

> The Findings and Conclusions in this Consent Order are not binding on any other party to this action. Nothing in the Findings and Conclusions in this Consent Order may be used to establish, reduce, increase, eliminate or in any way affect the liability of any of the remaining Defendants in this action who are not parties to this Consent Order.

Attached proposed Consent Order, Paragraph 17.

The entry of the proposed Consent Order will lead to a partial resolution of this matter as to the Tomazin Defendants, without affecting the liability of the remaining non-settling defendants. Therefore the proposed Consent Order is consistent with, and will lead to, "the just, speedy, and inexpensive determination" of this action, in accordance with Fed. R. Civ. P. 1.

WHEREFORE, Plaintiff United States Commodity Futures Trading Commission and Defendants Tomazin and RAST respectfully request that the Court grant this Joint Motion and enter the attached Consent Order.

Dated: January 19, 2017

        Respectfully submitted,

        UNITED STATES COMMODITY
        FUTURES TRADING COMMISSION

        BY: *s/Luke Marsh*
        LUKE B. MARSH
        Chief Trial Attorney
        DANIELLE KARST
        Senior Trial Attorney
        Commodity Futures Trading Commission
        Division of Enforcement
        1155 21st Street, N.W.
        Washington, D.C. 20581
        Tel: (202) 418-5000
        Facsimile: (202) 418-5124
        lmarsh@cftc.gov
        dkarst@cftc.gov
        Counsel for Plaintiff
        U.S. Commodity Futures Trading Commission


        BY: *s/Richard Banta*
        Richard J. Banta, P.C.
        Attorney at Law
        3773 Cherry Creek North Dr., Suite 575
        Denver, CO 80209
        303-860-8048
        rjbanta@comcast.net
        Counsel for Defendants Tomazin and RAST

# CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2017, I caused a copy of the foregoing Joint Motion for Consent Order and Permanent Injunction and Other Relief Against Ryan Tomazin and RAST Investor Group, LLC to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following counsel of record:

**Counsel for Defendants Ryan Tomazin and RAST Investor Group, LLC**:

Richard J. Banta, Esq.
Law Office of Richard J. Banta, P.C.
3773 Cherry Creek North Drive
Denver, CO 80209
Ph:  (303) 331-3415
Fax:  (303) 331-1195
info@richardbantalaw.com

**Counsel for Defendants Madigan Enterprises, Inc., Ryan Madigan, Bulletproof Vest, Inc**.:

Michael J. Davis, Esq.
BKN Murray, LLP
6795 E. Tennessee Ave., Suite 330
Denver, CO  80224
Ph:  (303) 758-5100
Fax:  (303) 758-5055
mdavis@bknmurray.com

Additionally, I hereby certify that on January 19, 2017, service of the foregoing Motion was made on the following Defendants via First-Class United States Postal Service Mail:

*Pro Se* **Defendant Randell A. Vest**
9613 Halyards Ct.
Fort Myers, FL 33919

*Pro Se* **Defendant Bulletproof Vest, Inc.**
9613 Halyards Ct.
Fort Myers, FL 33919

                                              *s/ Luke Marsh*
                                              Luke Marsh