**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-02182-MSK-KLM

U.S. COMMODITY FUTURES TRADING COMMISSION,

      Plaintiff,

v.

R2 CAPITAL GROUP, LLC;
RAST INVESTOR GROUP, LLC;
MADIGAN ENTERPRISES, INC.;
BULLETPROOF VEST, INC.;
RYAN TOMAZIN;
RYAN MADIGAN; and
RANDELL A. VEST,

      Defendants.

## <u>MOTION TO STAY JANUARY 27, 2017 ORDER</u><br><u>PENDING REVIEW OF OBJECTIONS</u>

R2 Capital Group, LLC, Madigan Enterprises, Inc. and Ryan Madigan (collectively,

"Madigan Defendants"), by and through undersigned counsel, respectfully move to stay the

Order of January 27, 2017, and in support state as follows:

**Conferral pursuant to D.C.COLO.LCivR 7.1:** Prior to filing this motion, counsel for

Madigan Defendants made a good faith effort to confer with opposing counsel.  Counsel for

Madigan Defendants e-mailed counsel for Plaintiff before noon on February 9, 2017, regarding

the relief requested in this motion and the basis therefor.  At the time of this filing, counsel for

Madigan Defendants has not received a response.

## MOTION

On January 27, 2017, the Magistrate Judge issued an Order on Plaintiff's Motion for

Attorney Fees and Costs that pertained to the August 4, 2016 discovery dispute.  (Doc. 135.)

The Order compels Madigan Defendants to tender $31,812.35 to Plaintiff on or before February 10, 2017.  (*Id.*)  Madigan Defendants, through undersigned counsel, are concurrently filing a timely objection to the Magistrate Judge's January 27, 2017 Order.

The standard for reviewing a request for a stay is a four part test as follows: (1) the likelihood of success on appeal; (2) the threat of irreparable harm if the stay is not granted; (3) the absence of harm to opposing parties if the stay is granted; and (4) any risk of harm to the public interest.  *See State of Washington v. Trump,* 17-35105 (9th Cir., Feb. 9, 2017); *Nken v. Holder*, 556 U.S. 418, 434 (2009) (regarding stays pending an  appeal); *see also Hei Resources East Omg Joint Venture v. S. Lavon Evans, Jr. Operating Co. Inc.*, 09-cv-00028 (D. Colo. Feb. 3, 2009) (regarding stays pending motion under D.C.COLO.LCivR 30.2); *Arakji v. Martinez*, 15-cv-00681 (D. Colo. June 23, 2015) (same); *cf. U.S.A. Dawgs, Inc. v. Snyder*, 16-cv-2004 (D. Colo. Jan. 18. 2017) (Magistrate Mix) (applying separate five part test to stays pursuant to Fed. R. Civ. P. 26(c))*; Hicks v. Massenburg*, 14-cv-02331 (D. Colo. Feb. 25, 2015) (applying five part test to stay pending motion under D.C.COLO.LCivR 30.2).

Madigan Defendants are likely to succeed on their appeal for the reasons set forth in the accompanying Objections to January 27, 2017 Order.  As more fully briefed therein, the Magistrate Judge erred by determining that Plaintiff's attorneys were entitled to eighty percent of their claimed time, despite the correct finding that Plaintiff's counsel needlessly complicated the dispute.  In addition, the Magistrate Judge did not reduce Plaintiff's claimed fees for time not reasonably expended on the discovery dispute.  Accordingly, the District Court is likely to further reduce Plaintiff's fee award following its *de novo* review of the record.  Given Madigan Defendants' likelihood of success on the merits, a stay would eliminate the logistical headache

involved if Madigan Defendants were to tender full payment to the federal government and the District Court later reduced or eliminated the amount of fees.

In addition, there is a threat of irreparable harm to the Madigan Defendants if the stay is not granted which outweighs any harm to Plaintiff if the stay is granted.  As a practical matter, the obligation to pay these fees falls on Ryan Madigan, an individual who is only one third of the parties ordered to pay the fees.  The three Madigan Defendants include Ryan Madigan, Madigan Enterprises, Inc. and R2 Capital Group, LLC.  Madigan Enterprises, Inc. is a dissolved entity. R2 Capital Group, LLC, which is jointly owned by Madigan Enterprises, Inc. and two other Defendants—RAST Investor Group, LLC and Bulletproof Vest, Inc.—is no longer operational. Therefore, it would be disproportionately burdensome on Ryan Madigan to comply with the Order which is against entities including one jointly owned by other Defendants.  He would then need to seek contribution from the other Defendants and entities, which would be costly and ultimately unnecessary if the District Court reduces or eliminates the fee award.

Plaintiff, on the other hand, is a government entity which would obtain only an indirect benefit from the attorney fees, as opposed to a private citizen.  It would therefore suffer no or de minimis harm if the Order is stayed pending review by the District Court.

Finally, there is no risk to the public interest if the stay is granted.  This is a civil matter and the attorney fee dispute is only between select parties.

WHEREFORE, Madigan Defendants respectfully moves for a stay of the January 27, 2017 Order pending determination on the Objection.

Dated: February 10, 2017.      Respectfully submitted:

*s/Michael J. Davis*

By: _____

Michael J. Davis

BKN Murray, LLP

6795 E. Tennessee Ave., Ste. 330
Denver, CO 80224
P: (720) 361-6036
F: (303) 758-5055
E: mdavis@bknmurray.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2017, a copy of the foregoing Motion to Stay January 27, 2017 Order Pending Review of Objections was filed and served electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

Additionally, I hereby certify that on this February 10, 2017, service of the foregoing was made on the following Defendants via First-Class United States Postal Service Mail:

Pro Se Defendant Randell A. Vest
9613 Halyards Ct.
Fort Myers, FL 33919

Pro Se Defendant Bulletproof Vest, Inc.
9613 Halyards Ct.
Fort Myers, FL 33919

Dated: February 10, 2017.          Respectfully submitted:
                                   *s/Michael J. Davis*
                                   By: _____
                                   Michael J. Davis
                                   BKN Murray, LLP
                                   6795 E. Tennessee Ave., Ste. 330
                                   Denver, CO 80224
                                   P: (720) 361-6036
                                   F: (303) 758-5055
                                   E: mdavis@bknmurray.com

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

Civil Action No. 1:14-cv-02182-MSK-KLM

U.S. COMMODITY FUTURES TRADING COMMISSION,

     Plaintiff,

v.

R2 CAPITAL GROUP, LLC;
RAST INVESTOR GROUP, LLC;
MADIGAN ENTERPRISES, INC.;
BULLETPROOF VEST, INC.;
RYAN TOMAZIN;
RYAN MADIGAN; and
RANDELL A. VEST,

     Defendants.

## ORDER REGARDING MOTION TO STAY JANUARY 27, 2017 ORDER PENDING REVIEW OF OBJECTIONS

     This matter having come before the Court on the Motion to Stay January 27, 2017 Order Pending Review of Objections, and the Court having reviewed the case file and being fully advised of the premises contained therein, it hereby GRANTS the Motion and ORDERS that:

1.     The Order shall be stayed pending the Court's determination on the Objections.

Dated: _____     BY THE COURT:

     _____

     Hon. Marcia S. Krieger
     U.S. District Court Judge