**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-02182-MSK-KLM

U.S. COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

R2 CAPITAL GROUP, LLC;
RAST INVESTOR GROUP, LLC;
MADIGAN ENTERPRISES, INC.;
BULLETPROOF VEST, INC.;
RYAN TOMAZIN;
RYAN MADIGAN; and
RANDELL A. VEST,

    Defendants.

## ORDER GRANTING RYAN MADIGAN, MADIGAN ENTERPRISES, INC., AND R2 CAPITAL GROUP, LLC'S MOTION FOR LEAVE TO FILE SURREPLY REGARDING MOTION FOR ENTRY OF CONSENT ORDER OF PERMANENT INJUNCTION AND OTHER RELIEF AGAINST RYAN TOMAZIN AND RAST INVESTOR GROUP, LLC

    This case having come before this Court upon Defendants Ryan Madigan, Madigan Enterprises, and R2 Capital Group, LLC's (collectively, "Madigan Defendants") Motion for Leave to File Surreply Regarding Motion for Entry of Consent Order of Permanent Injunction and Other Relief Against Ryan Tomazin and RAST Investor Group, LLC; the Court having considered the Motion and other papers filed in this action; it appearing that this Court has jurisdiction over the parties to, and subject matter of this action; and this Court being otherwise fully advised of the premises:

IT IS HEREBY ORDERED that Madigan Defendants Motion is Granted and the Court shall accept the Surreply filed by Madigan Defendants as timely.

SO ORDERED, at Denver, Colorado, on this ___ day of _____, 2017.

                                          _____
                                          UNITED STATES DISTRICT COURT JUDGE