IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 14-CV-02182-MSK-KLM

UNITED STATES COMMODITY FUTURES TRADING COMMISSION,

        Plaintiff,

v.

R2 CAPITAL GROUP, LLC,
RAST INVESTOR GROUP, LLC,
MADIGAN ENTERPRISES, INC.,
BULLETPROOF VEST, INC.,
RYAN TOMAZIN,
RYAN MADIGAN, and
RANDELL A. VEST,

        Defendants.

## JOINT STATUS REPORT REGARDING SETTLEMENT EFFORTS

Pursuant to the Court's April 21, 2016 Minute Order (#92), all parties jointly submit this Status Report regarding settlement efforts in the above-captioned matter as follows:

This civil enforcement action arises out of Plaintiff's claims that Defendants defrauded investors in violation of the Commodity Exchange Act. Accordingly, on November 4, 2014, Plaintiff CFTC filed its First Amended Complaint against the Defendants for Permanent Injunction, Civil Penalties, and Other Equitable Relief, for violations of the Commodity Exchange Act ("Act"), 7 U.S.C. §§ 1-26 (2012), and the Commission's Regulations ("Regulations") promulgated thereunder, 17 C.F.R. §§ 1.1-190.10 (2013). (#38) All Defendants timely filed Answers to the First Amended Complaint. (#65, #72, #74, #76, #77)

Settlement efforts between Plaintiff CFTC and each of the Defendants have been as follows:

Defendants Ryan Tomazin and RAST Investor Group LLC.  In 2015, in the Southern District of New York, Defendant Ryan Tomazin pleaded guilty to, and was sentenced for criminal violation of Commodity Exchange Act for his involvement in the acts which give rise to this lawsuit.  *See* https://www.justice.gov/usao-sdny/pr/founder-and-managing-partner-investment-firm-sentenced-manhattan-federal-court.  Accordingly, Plaintiff CFTC and Defendants Ryan Tomazin and RAST Investments (Tomazin's holding company) reached an agreement wherein the Tomazin Defendants agreed to the entry of a proposed Joint Consent Order, in which Tomazin accepted responsibility for his violation of the Act and agreed to pay restitution and a yet to be determined Civil Monetary Penalty. (#134-1).  The Motion to enter that proposed Consent Order has been opposed by Defendants Ryan Madigan, Madigan Enterprises, Inc. and R2 Capital Group, LLC, and is currently pending before the Court.

Defendants Randell A. Vest and Bulletproof Vest.   Defendants Randell Vest and Bulletproof Vest, Inc. ("Vest Defendants") have abandoned their defense of this case.  Although the Vest Defendants initially filed an Answer to the First Amended Complaint, they refused to participate in discovery, in violation of Fed. R. Civ. P. 37(b)(2)(A).  This led to the Court's entry of the January 11, 2017 Order that the Vest Defendants' be prevented from producing any evidence at trial in defense of Plaintiff's claims; that their Answer and Affirmative Defenses be stricken; and, to the extent the facts and allegations in the First Amended Complaint impact the claims against the Vest Defendants, those facts and allegations are deemed admitted.  (#133).

Defendants Ryan Madigan, Madigan Enterprises, Inc. and R2 Capital Group, LLC. Defendants Ryan Madigan, Madigan Enterprises, Inc. and R2 Capital Group, LLC, and Plaintiff CFTC engaged in initial settlement discussions in December 2015, prior to discovery starting in

this case. Although the parties could not reach a settlement at that time, they agreed to remain willing to discuss settlement at any time during or after discovery. Discovery closed on January 6, 2017, and the parties engaged in further settlement discussions during the week of March 6, 2017. Settlement discussions are ongoing.

        Respectfully submitted,

        UNITED STATES COMMODITY
        FUTURES TRADING COMMISSION

        BY: __s/Luke Marsh_____
        LUKE B. MARSH
        Commodity Futures Trading Commission
        1155 21st Street, N.W.
        Washington, D.C. 20581
        Tel: (202) 418-5000
        Facsimile: (202) 418-5124
        lmarsh@cftc.gov
        Counsel for Plaintiff
        U.S. Commodity Futures Trading Commission

        ___s/Richard Banta_____
        Richard J. Banta, Esq.
        Law Office of Richard J. Banta, P.C.
        3773 Cherry Creek North Drive
        Denver, CO 80209
        Ph:  (303) 331-3415
        Fax:  (303) 331-1195
        info@richardbantalaw.com
        Counsel for Defendants Ryan Tomazin and RAST Investor Group, LLC

        _____s/Michael Davis_____
        Michael J. Davis, Esq.
        DLG Law Group LLC
        4100 E. Mississippi Avenue, Suite 420
        Denver, Colorado  80246
        Direct 720-361-6036
        Office 303-758-5100
        Fax 303-758-5055
        mdavis@bknmurray.com
        Counsel for Defendants Madigan Enterprises, Inc., Ryan Madigan, R2 Capital Group, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2017, I caused a copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to the following counsel of record:

**Counsel for Defendants Ryan Tomazin and RAST Investor Group, LLC**:

Richard J. Banta, Esq.
Law Office of Richard J. Banta, P.C.
3773 Cherry Creek North Drive
Denver, CO 80209
Ph:  (303) 331-3415
Fax: (303) 331-1195
info@richardbantalaw.com

**Counsel for Defendants Madigan Enterprises, Inc., Ryan Madigan, Bulletproof Vest, Inc.**:

Michael J. Davis, Esq.
DLG Law Group LLC
4100 E. Mississippi Avenue, Suite 420
Denver, Colorado  80246
Direct 720-361-6036
Office 303-758-5100
Fax 303-758-5055
mdavis@bknmurray.com

Additionally, I hereby certify that on March 17, 2017, service of the foregoing was made on the following Defendants via First-Class United States Postal Service Mail:

***Pro Se* Defendant Randell A. Vest**
9613 Halyards Ct.
Fort Myers, FL 33919

***Pro Se* Defendant Bulletproof Vest, Inc.**
9613 Halyards Ct.
Fort Myers, FL 33919

                                              *s/ Luke Marsh*
                                              Luke Marsh