IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02182-MSK-KLM

US COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

R2 CAPITAL GROUP LLC,
RAST INVESTOR GROUP, LLC,
MADIGAN ENTERPRISES, INC.,
BULLETPROOF VEST, INC.,
RYAN TOMAZIN,
RYAN MADIGAN, and
RANDALL A. VEST,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Madigan Defendants' **Motion to Stay January 27, 2017 Order Pending Review of Objections** [#137] (the "Motion"). Plaintiff filed a Response [#141] in opposition to the Motion. No Reply was filed. On January 27, 2017, the Court awarded Plaintiff $31,812.35 in attorneys' fees from the Madigan Defendants in connection with a Motion to Compel [#114]. *Order* [#135]. The Madigan Defendants thereafter filed an Objection [#138] with the Chief Judge regarding that Order [#135]. In the present Motion [#137], the Madigan Defendants ask the Court to stay the deadline for paying Plaintiff the attorneys' fees until after the Chief Judge rules on the Objection [#138].

    IT IS HEREBY **ORDERED** that the Motion [#137] is **GRANTED**. The Madigan Defendants shall pay Plaintiff the award of attorneys' fees **within 14 days** of any order affirming the award.

    Dated: April 12, 2017