**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:14-cv-02182-MSK-KLM

U.S. COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

R2 CAPITAL GROUP, LLC;
RAST INVESTOR GROUP, LLC;
MADIGAN ENTERPRISES, INC.;
BULLETPROOF VEST, INC.;
RYAN TOMAZIN;
RYAN MADIGAN; and
RANDELL A. VEST,

    Defendants.

**RYAN MADIGAN, MADIGAN ENTERPRISES, INC., AND R2 CAPITAL GROUP, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF COMMODITY FUTURES TRADING COMMISSION'S MOTION FOR SUMMARY JUDGMENT AGAINST MADIGAN AND VEST DEFENDANTS**

Defendants Ryan Madigan, Madigan Enterprises, and R2 Capital Group, LLC (together, "Madigan Defendants"), by and through undersigned counsel, file this Unopposed Motion for Extension of Time to Respond to Plaintiff Commodity Futures Trading Commission's Motion for Summary Judgment Against Madigan and Vest Defendants and state as follows:

1. Counsel for Madigan Defendants conferred with Plaintiff's counsel regarding the requested relief and the basis therefor by email on April 14, 2017 and April 17, 2017. Plaintiff's counsel stated that Plaintiff does not oppose the requested relief.

2. Madigan Defendants bring this Motion for Extension of Time pursuant to Fed. R. Civ. P. 6 and D.C.COLO.LCivR 6.1. Fed. R. Civ. P. 6 provides that a court may for good cause extend the time in which an act is required to be done if the request is made before the original time expires. D.C.COLO.LCivR 6.1 states that "A motion for extension of time or continuance shall state the reason for an extension or continuance, the length of the requested extension or continuance, and the total number of extensions or continuances granted previously." *See also* Civ. Practice Standard 6.1(b) ("To be granted, such motions require a showing of good cause.")

3. Madigan Defendants state as good cause for this extension that counsel requires additional time to brief a Response due to the length of Plaintiff's Motion for Summary Judgment (80 pages) and the complex issues of law and fact involved in the Motion. The Motion for Summary Judgment covers four claims; two claims are against Madigan Defendants directly and two claims are based on a "control person liability" theory. Madigan Defendants dispute each element of the direct liability claims. Moreover, Madigan Defendants dispute that Ryan Madigan or Madigan Enterprises were "controlling persons" of R2 Capital, LLC or that Plaintiff has established liability of R2 Capital, LLC. Madigan Defendants further dispute the types and amount of relief Plaintiff claims. Counsel requires additional time to address each of these issues and the disputed material facts with the clarity they deserve.

4. Plaintiff filed its Motion for Summary Judgment on April 6, 2017. The Response is currently due on April 27, 2017. *See* D.C.COLO.LCivR 56.1 ("Unless otherwise ordered, a response shall be filed no later than 21 days of [*sic*] the date of service of the motion…").

5. Madigan Defendants seek a two-week extension of time to file their Response, up to and including May 11, 2017.

6. Madigan Defendants have previously received no extensions or continuances on this issue. Madigan Defendants received one extension of time to respond to Plaintiff's Complaint (ECF Nos. 25, 27); three extensions of time to respond to Plaintiff's Amended Complaint (ECF Nos. 41, 44; 47, 50; 66, 68, 73); and one extension of time to complete fact discovery (ECF Nos. 128, 130).

7. No party will be prejudiced by this extension. In addition, this extension will not affect the scheduling of the case. There is currently no trial date set.

WHEREFORE, Madigan Defendants respectfully request that the Court grant a two-week extension of time to file their Response to Plaintiff's Motion for Summary Judgment.

Dated: April 18, 2017.

Respectfully submitted:
*s/Michael J. Davis*
By: _____
Michael J. Davis
DLG Law Group LLC
4100 E. Mississippi Ave., Suite 420
Denver, CO 80246
P: (720) 361-6036
F: (303) 758-5055
E: mdavis@dlglaw.net

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2017, a copy of the foregoing Ryan Madigan, Madigan Enterprises, Inc., and R2 Capital Group, LLC's Motion for Extension of Time to Respond to Plaintiff Commodity Futures Trading Commission's Motion for Summary Judgment Against Madigan and Vest Defendants was filed and served electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

Additionally, I hereby certify that on April 18, 2017, service of the foregoing was made on the following Defendants via First-Class United States Postal Service Mail:

Pro Se Defendant Randell A. Vest
9613 Halyards Ct.
Fort Myers, FL 33919

Pro Se Defendant Bulletproof Vest, Inc.
9613 Halyards Ct.
Fort Myers, FL 33919

I further certify that on April 18, 2017, service of the foregoing was made on undersigned's client(s) via email.

Dated: April 18, 2017.

Respectfully submitted:
*s/Michael J. Davis*
By: _____
Michael J. Davis
DLG Law Group LLC
4100 E. Mississippi Ave., Suite 420
Denver, CO 80246
P: (720) 361-6036
F: (303) 758-5055
E: mdavis@dlglaw.net