# EXHIBIT P

| | |
|---|---|
| **From:** | Marsh, Luke B |
| **To:** | Michael Davis (mdavis@bknmurraylaw.com); Richard Banta (rjbanta@comcast.net) |
| **Cc:** | Karst, Danielle |
| **Subject:** | Rule 26(e) Supplemental Disclosure |
| **Date:** | Friday, January 06, 2017 6:00:00 PM |
| **Attachments:** | Verification_Certificate_142279791_Ryan Madigan.pdf |

Mike and Richard,

Pursuant to Fed. R. Civ. P. 26(e), Plaintiff CFTC hereby supplements its Rule 26 voluntary disclosures to include the attached document.  Also, Plaintiff identifies the person from the Rochester Institute of Technology's Registrars office or other department or office with knowledge capable of testifying regarding, or otherwise affirming, the matters referred to in the attached document.

Thank you.

Luke

Luke B. Marsh
Chief Trial Attorney
Commodity Futures Trading Commission
1155 21st Street, NW
Washington, DC  20581
(202) 418-5322
lmarsh@cftc.gov

*National Student Clearinghouse*®
2300 Dulles Station Blvd., Suite 300, Herndon, VA 20171
PH (703) 742-4200  FX (703) 318-4058
*www.studentclearinghouse.org*
© 2017 National Student Clearinghouse. All rights reserved.

# *DegreeVerify Certificate*

| | |
|---|---|
| **Transaction ID#:** 0142279791 | **Date Requested:** 01/06/2017 13:15 EST |
| **Requested by:** K KOH | **Date Notified:** 01/06/2017 16:30 EST |

**Status:** Confirmed

**Fee:** $12.50

## INFORMATION YOU PROVIDED

**Subject Name:** RYAN   MADIGAN
First Name    Middle Name    Last Name

**Name Used While Attending School:**
(if different from above)

**Date of Birth:** 04/05/1975
mm/dd/yyyy

**School Name:** ROCHESTER INSTITUTE OF TECHNOLOGY

**Degree Award Year:**

**Attempt To:** Verify a degree

## INFORMATION VERIFIED

**Name On School's Records:** RYAN MADIGAN
**Degree Title:** No Degree -- Enrollment Only
**Official Name of School:** ROCHESTER INSTITUTE OF TECHNOLOGY
**Major Course(s) of Study:** PROFESSIONAL STUDIES
**Dates of Attendance:** 09/08/2003 to 02/27/2004

*All information verified was obtained directly and exclusively from the individual's educational institution. The Clearinghouse disclaims any responsibility or liability for errors or omissions, including direct, indirect, incidental, special or consequential damages based in contract, tort or any other cause of action, resulting from the use of information supplied by the educational institution and provided by the Clearinghouse. The Clearinghouse also does not verify the accuracy or correctness of any information provided by the requestor.*