IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 14-cv-02182-MSK-KLM

UNITED STATES COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

R2 CAPITAL GROUP, LLC;
RAST INVESTOR GROUP, LLC;
MADIGAN ENTERPRISES, INC.;
BULLEROOF VEST, INC.;
RYAN TOMAZIN;
RYAN MADIGAN; and
RANDELL A. VEST,

    Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Ryan Madigan, Madigan Enterprises, Inc. and R2 Capital Group, LLC (collectively, "Appellants"), Defendants in the above-named case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the portion of the Court's Order dated August 3, 2017, "granting in part and denying in part 138 Motion for Reconsideration" [ECF no. 159 at 6-11].[1]  Appellants pay the requisite fee herewith.

---

[1] Under the collateral order doctrine, "such orders may be appealed if a party is ordered to pay fees immediately and there is a likelihood that party will not be able to recover those fees if the case is reversed on appeal." *Law v. National Collegiate Athletic Ass'n*, 134 F.3d 1025, 1027 (10th Cir. 1998).  Appellants preserve their right to appeal the portion of the Order "granting in part and denying in part . . . 149 Motion for Summary Judgment" [ECF no. 159 at 11-40] once that order becomes final within the meaning of 28 U.S.C. § 1291.

Dated this October 2, 2017.

*/s/Michael J. Davis*
Michael J. Davis
DLG Law Group LLC
4100 E. Mississippi Avenue, Ste. 420
Denver, CO 80246
Ph.: (303) 758-5100
Fax: (303) 758-5055
E-mail: mdavis@dlglaw.net
*Attorney for Appellants*

## CERTIFICATE OF SERVICE

I certify that on this October 2, 2017, I electronically filed the foregoing Notice of Appeal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following at their e-mail addresses:

Luke B. Marsh
Daniel J. Grimm
Danielle Karst
Commodity Futures Trading Commission
1155 21st Street NW
Washington, DC 20581
*Counsel for Plaintiff*

Richard J. Banta
Law Office of Richard J. Banta, P.C.
3773 Cherry Creek North Drive
Denver, CO 80209
*Counsel for Tomazin and RAST*

Additionally, I certify that service of the foregoing will be made on the following Defendants via First-Class United States Postal Service Mail:

*Pro se* Defendant Randell A. Vest
9613 Halyards Ct.
Fort Myers, FL 33919

*Pro se* Defendant Bulletproof Vest, Inc.
9613 Halyards Ct.
Fort Myers, FL 33919

                                                    *s/Lily E. Nierenberg*
                                                    Lily E. Nierenberg
                                                    DLG Law Group LLC