**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**CHIEF JUDGE MARCIA S. KRIEGER**

Courtroom Deputy: Patricia Glover  　　　　　　　　　Date: December 21, 2017
Court Reporter: Terri Lindblom

Civil Action No. 14-cv-02182-MSK-KLM

*Parties*: 　　　　　　　　　　　　　　　　　　　　　　*Counsel Appearing:*

US COMMODITY FUTURES TRADING COMMISSION 　　Luke Marsh

　　　　　Plaintiff,

v.

R2 CAPITAL GROUP LLC; 　　　　　　　　　　　　　　Richard Banta
RAST INVESTOR GROUP, LLC; 　　　　　　　　　　　Michael Davis
MADIGAN ENTERPRISES, INC.
BULLETPROOF VEST, INC.;
RYAN TOMAZIN;
RYAN MADIGAN;
RANDELL A. VEST;

　　　　　Defendants.

---

**COURTROOM MINUTES**

---

HEARING: 　Final Pretrial Conference.

**1:32 p.m. 　　Court in session.**

Parties are present. George Malas is present as plaintiff's corporate representative. Defendant Randell Vest is not present.

There are no pending motions.

The Court addresses the matters set forth in the chart provided to counsel for this hearing.

Statements from counsel Marsh, Banta and Davis. They confirm that the claim chart is accurate.

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

Review of the proposed final pretrial order - matters addressed:

>	Claims
>	Defenses
>	Stipulated Facts
>	Witness List
>	Exhibit List

**ORDER**:	Revised final pretrial order, witness and exhibit lists to be submitted by **January 31, 2018.**

**ORDER:**	Further Final Pretrial Conference is set on **February 1, 2018 at 1:30 p.m.**, in Courtroom A901, 901 19th Street, Denver, CO. The parties are not required to attend.

**2:43 p.m.**	**Court in recess.**

**Total Time:	1 hour 11 minutes.**
**Hearing continued.**