# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# CHIEF JUDGE MARCIA S. KRIEGER

| | |
|---|---|
| Courtroom Deputy: Patricia Glover | Date: February 1, 2018 |
| Court Reporter: Terri Lindblom | |

Civil Action No. 14-cv-02182-MSK-KLM

*Parties*:                                                                                      *Counsel Appearing:*

US COMMODITY FUTURES TRADING COMMISSION          Luke Marsh

      Plaintiff,

v.

R2 CAPITAL GROUP LLC;                                                                 Richard Banta
RAST INVESTOR GROUP, LLC;                                                       Michael Davis
MADIGAN ENTERPRISES, INC.
BULLETPROOF VEST, INC.;
RYAN TOMAZIN;
RYAN MADIGAN;
RANDELL A. VEST;

      Defendants.

---

## COURTROOM MINUTES

---

HEARING:    Continued Final Pretrial Conference.

**1:35 p.m.    Court in session.**

Parties are not required to be present.

There are no pending motions.

Review of the revised proposed final pretrial order - matters addressed:

      Claims
      Defenses

Courtroom Minutes
Chief Judge Marcia S. Krieger
Page 2

        Stipulated Facts
        Witness List
        Exhibit List

The amended Final Pretrial Order is approved with the deletions of record.

**ORDER**: Seven day bench trial set on **April 23-26 and April 30-May 2, 2018 at 9:00** a.m. in Courtroom A901, 901 19th Street, Denver, CO. The parties will be allotted a total of 42 hours to be split at 21 hours per side to use however they wish for openings/closings, presentation of evidence, etc. The time will be tracked on a chess clock by the Courtroom Deputy.

**ORDER:** By March 1, 2018, the parties will either provide evidence the entire case has been resolved or the Madigan defendants will pay the sum of $31, 812.35 in satisfaction of the discovery sanctions. Payment will be made to the plaintiff and evidence of receipt of that will be filed on or before March 1 and, if not, the Court will enter judgment against the defendants.

**2:08 p.m.**  **Court in recess.**

**Total Time: 33 minutes.**
**Hearing concluded.**