**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger**

**Civil Action No. 14-cv-02182-MSK-KLM**

**UNITED STATES COMMODITY FUTURES TRADING COMMISSION,**

    **Plaintiff,**

v.

**R2 CAPITAL GROUP, LLC;
RAST INVESTOR GROUP, LLC;
MADIGAN ENTERPRISES, INC.;
BULLETPROOF VEST, INC.;
RYAN TOMAZIN;
RYAN MADIGAN; and
RANDELL A. VEST,**

    **Defendants.**

_____

**JUDGMENT AGAINST DEFENDANTS R2 CAPITAL GROUP, LLC, RYAN MADIGAN, AND MADIGAN ENTERPRISES, INC.**
_____

**PURSUANT TO** the February 12, 2018 Notice of Acceptance of Offer of Judgment **(# 193)**, judgment is hereby entered in favor of the Plaintiff, United States Commodity Futures Trading Commission, and against the Defendants R2 Capital Group, LLC; Ryan Madigan; and Madigan Enterprises, Inc. (collectively "Defendants"), as follows:

    1.  The Defendants shall, jointly and severally, pay $690,727.21 in restitution to the National Futures Association within 30 days of the date of entry of this Judgment;

    2.  The Defendants shall, jointly and severally, pay $560,000.00 in a civil monetary penalty to the Commodity Futures Trading Commission within 30 days of the date of entry of this Judgment;

3. The Defendants shall, jointly or severally, pay $31,812.35 in attorney fees and costs to the Commodity Futures Trading Commission within 30 days of entry of this Judgment;

4. Any sums from items 1-3 remaining unpaid after 30 days from entry of this Judgment shall bear post-judgment interest thereafter pursuant to 28 U.S.C. § 1961.

5. The Defendants are each permanently enjoined from:

   a. Trading on or subject to the rules of any registered entity under 7 U.S.C. § 1a(40);

   b. Entering into any transactions involving commodity interests under 17 C.F.R. § 1.3(yy), for their own personal account or for any account in which they have a direct or indirect interest;

   c. Having any commodity interests traded on their behalf;

   d. Controlling or directing the trading for or on behalf of any other person or entity, whether by power of attorney or otherwise, in any account involving commodity interests;

   e. Soliciting, receiving, or accepting any funds from any person for the purpose of purchasing or selling any commodity interests;

   f. Applying for registration or claiming exemption from registration with the Commission in any capacity, and engaging in any activity requiring such registration or exemption from registration with the Commission, exception as provided for in 17 C.F.R. § 4.14(a)(9); and

   g. Acting as principal under 17 C.F.R. § 3.1(a), agent or other officer of any person under 7 U.S.C. § 1(a)(38), registered, exempted from registration, or required to be registered with the Commission, except as provided in 17 C.F.R. § 4.14(a)(9).

6. Pursuant to Fed. R. Civ. P. 54(b), there is no just reason to delay entry of this Judgment in favor of the Plaintiff and against the Defendants.

Dated this 2d day of March, 2018.

**BY THE COURT:**

Marcia S. Krieger
Chief United States District Judge