**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger**

**Civil Action No. 14-cv-02182-MSK-KLM**

**UNITED STATES COMMODITY FUTURES TRADING COMMISSION,**

     **Plaintiff,**

**v.**

**R2 CAPITAL GROUP, LLC;
RAST INVESTOR GROUP, LLC;
MADIGAN ENTERPRISES, INC.;
BULLETPROOF VEST, INC.;
RYAN TOMAZIN;
RYAN MADIGAN; and
RANDELL A. VEST,**

     **Defendants.**

---

## DEFAULT JUDGMENT
---

**PURSUANT TO** the Court's April 11, 2018 Order granting the Plaintiff's Motion for

Default Judgment and the proceedings to date, judgment by default is entered in favor of the

Plaintiff, U.S. Commodity Futures Trading Commission, and against Defendants Randell A.

Vest and Bulletproof Vest, Inc. ("the Vest Defendants"), as follows:

    1.  The Vest Defendants are permanently enjoined from:

        a. Trading on or subject to the rules of any registered entity (as that
        term is defined in Section 1a(29) of the Act, 7 U.S.C. § 1a(29));

        b. Entering into any transactions involving commodity interests (as
        that term is defined in Regulation 1.3(yy), 17 C.F.R. § 1.3(yy)) for
        their own personal account or for any account in which they have a
        direct or indirect interest;

        c. Having any commodity interests traded on their behalf;

d. Controlling or directing the trading for or on behalf of any other person or entity, whether by power of attorney or otherwise, in any account involving commodity interests;

e. Soliciting, receiving or accepting any funds from any person for the purpose of purchasing or selling any commodity interests;

f. Applying for registration or claiming exemption from registration with the Commission in any capacity, and engaging in any activity requiring such registration or exemption from registration with the Commission, except as provided for in Regulation 4.14(a)(9), 17 C.F.R. § 4.14(a)(9) (2016); and

g. Acting as a principal (as that term is defined in Regulation 3.1(a), 17 C.F.R. § 3.1(a) (2016)), agent or any other officer or employee of any person (as that term is defined in Section 1a(38) of the Act, 7 U.S.C. § 1a(38) (2012)), registered, exempted from registration or required to be registered with the Commission except as provided for in Regulation 4.14(a)(9), 17 C.F.R.§ 4.14(a)(9).

2.  The Vest Defendants shall, jointly and severally, pay restitution in the amount of $1,381,454.43.

3.  The Vest Defendants shall, jointly and severally, pay a civil monetary penalty of $925,920.

4.  The Plaintiff is awarded costs against the Vest Defendants pursuant to Fed. R. Civ. P. 54(d)(1).

Post-judgment interest on any outstanding sums set forth herein shall accrue pursuant to 28 U.S.C. §1961, from the date of entry until paid in full.

Dated this 11th day of April, 2018.

**BY THE COURT:**

Marcia S. Krieger
Chief United States District Judge